| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Robert Y. Lewis (CA Bar No. 153948)<br>RobertLewis@marsh.law<br>MARSH LAW FIRM PLLC<br>31 Hudson Yards, 11th Floor<br>New York, New York 10001<br>Telephone: 212-372-3030 | |
| ATTORNEY(S) FOR: Spencer Elden | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Spencer Elden | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br>Nirvana et al.<br>Defendant(s) | CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Spencer Elden
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Spencer Elden | Plaintiff |

| 08/24/2021 | S/ Robert Y. Lewis |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Spencer Elden

CV-30 (05/13)  NOTICE OF INTERESTED PARTIES