UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NIRVANA, L.L.C.;<br>UNIVERSAL MUSIC GROUP, INC.;<br>THE DAVID GEFFEN COMPANY;<br>GEFFEN RECORDS; WARNER RECORDS, INC.;<br>MCA MUSIC, INC.;<br>KIRK WEDDLE;<br>KURT COBAIN, DECEASED;<br>COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN;<br>HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>GUY OSEARY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>KRIST NOVOSELIC;<br>CHAD CHANNING;<br>DAVID GROHL; and<br>ROBERT FISHER<br><br>　　　　　　　　Defendants. | Case No: 2:21-cv-06836<br><br>**STIPULATION AND ORDER RE SERVICE AND FILING OF FIRST AMENDED COMPLAINT** |

　　　**WHEREAS** on August 24, 2021, Plaintiff SPENCER ELDEN ("Plaintiff"), through his attorneys, Marsh Law Firm PLLC, filed this action against defendants NIRVANA, L.L.C.; UNIVERSAL MUSIC GROUP, INC.; THE DAVID GEFFEN COMPANY; GEFFEN RECORDS; MCA MUSIC, INC.; KIRK WEDDLE; KURT COBAIN, DECEASED; COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN; KRIST NOVOSELIC; CHAD CHANNING; DAVID GROHL (Collectively, "Nirvana Defendants"); WARNER RECORDS, INC., HEATHER PARRY AS MANAGER OF THE ESTATE OF KURT

COBAIN, GUY OSEARY AS MANAGER OF THE ESTATE OF KURT COBAIN, and ROBERT FISHER ("Defendants"),

**WHEREAS** Plaintiff has not yet served any Nirvana Defendant,

**WHEREAS** no Nirvana Defendant has answered or otherwise moved in response to the Complaint,

**WHEREAS** the Plaintiff and Nirvana Defendants have attempted to resolve the dispute by mediation.

**WHEREAS** Plaintiff alleges that he intends to file a First Amended Complaint on or before November 22, 2021, and

**WHEREAS** counsel for the undersigned has represented that the successor-in-interest to Defendants Universal Music Group Inc., The David Geffen Company, and MCA Music, Inc. is the UMG Recordings, Inc. and that they represent UMG Recordings, Inc.

**THEREFORE, IT IS HEREBY STIPULATED** by the Plaintiff and Nirvana Defendants that:

1. Plaintiff may file his First Amended Complaint on or before November 22, 2021,

2. The undersigned attorney for the Nirvana Defendants is authorized to and will accept service of Plaintiff's original Complaint and Plaintiff's First Amended Complaint on behalf of the Nirvana Defendants,

3. Plaintiff may effect service by email transmission to the undersigned attorneys at the email addresses listed below, and such email service shall be deemed good and proper,

4. Plaintiff will serve counsel for the Nirvana Defendants coincident with the filing of the First Amended Complaint in the manner set forth above, and

5. Facsimile or scanned signatures on this stipulation will have the same force and effect as original signatures.

6. The Nirvana Defendants shall answer or otherwise move in response to the Amended Complaint on or before January 21, 2022.

Dated: November 4, 2021

        MARSH LAW FIRM, PLLC
        ___/s/_____
        Robert Y. Lewis
        31 Hudson Yards, 11th Floor
        New York, New York 10001
        Phone: 212-372-3030
        Email: RobertLewis@marsh.law

*Attorney for Plaintiff*

Dated: November 4, 2021

        KENDALL BRILL & KELLY LLP
        ___/s/_____
        Bert H. Deixler
        10100 Santa Monica Blvd #1725
        Los Angeles, CA 90067
        310-556-2700
        bdeixler@kbkfirm.com

*Attorney for Defendants*

Nirvana, L.L.C.; UMG Recordings, Inc. as successor-in-interest to Universal Music Group, Inc.; The David Geffen Company; MCA Music, Inc; Geffen Records; Kirk Weddle; Kurt Cobain, Deceased; Courtney Love, as Executor of the Estate of Kurt Cobain; Krist Novoselic; Chand Channing; and David Grohl

SO ORDERED

_____
Fernando M. Olguin
USDC Judge

603317221   3