UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>                                   Plaintiff,<br><br>v.<br><br>NIRVANA, L.L.C.;<br>UNIVERSAL MUSIC GROUP, INC.;<br>THE DAVID GEFFEN COMPANY;<br>GEFFEN RECORDS; WARNER RECORDS, INC.;<br>MCA MUSIC, INC.;<br>KIRK WEDDLE;<br>KURT COBAIN, DECEASED;<br>COURTNEY LOVE, AS EXECUTOR OF THE ESTATE<br>OF KURT COBAIN;<br>HEATHER PARRY, AS MANAGER OF THE ESTATE<br>OF KURT COBAIN;<br>GUY OSEARY, AS MANAGER OF THE ESTATE<br>OF KURT COBAIN;<br>KRIST NOVOSELIC;<br>CHAD CHANNING;<br>DAVID GROHL; and<br>ROBERT FISHER<br><br>                                   Defendants. | Case No: <u>2:21-cv-06836</u><br><br>**PROPOSED ORDER RE SERVICE AND FILING OF FIRST AMENDED COMPLAINT** |

**WHEREAS** on August 24, 2021, Plaintiff SPENCER ELDEN ("Plaintiff"), through his

attorneys, Marsh Law Firm PLLC, filed this action against defendants NIRVANA, L.L.C.;

UNIVERSAL MUSIC GROUP, INC.; THE DAVID GEFFEN COMPANY; GEFFEN

RECORDS; MCA MUSIC, INC.; KIRK WEDDLE; KURT COBAIN, DECEASED;

COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN; KRIST

NOVOSELIC; CHAD CHANNING; DAVID GROHL (Collectively, "Nirvana Defendants");

WARNER RECORDS, INC., HEATHER PARRY AS MANAGER OF THE ESTATE OF KURT

COBAIN,  GUY OSEARY AS MANAGER OF THE ESTATE OF KURT COBAIN, and ROBERT FISHER ("Defendants"),

**WHEREAS** Plaintiff has not yet served any Nirvana Defendant,

**WHEREAS** no Nirvana Defendant has answered or otherwise moved in response to the Complaint,

**WHEREAS** the Plaintiff and Nirvana Defendants have attempted to resolve the dispute by mediation.

**WHEREAS** Plaintiff alleges that he intends to file a First Amended Complaint on or before November 22, 2021, and

**WHEREAS** counsel for the undersigned has represented that the successor-in-interest to Defendants Universal Music Group Inc., The David Geffen Company, and MCA Music, Inc. is the UMG Recordings, Inc. and that they represent UMG Recordings, Inc.

**WHEREFORE, IT IS SO ORDERED** that:

1.    Plaintiff may file his First Amended Complaint on or before November 22, 2021,

2.    The attorney for the Nirvana Defendants is authorized to and will accept service of Plaintiff's original Complaint and Plaintiff's First Amended Complaint on behalf of the Nirvana Defendants,

3.    Plaintiff may effect service by email transmission at the email addresses listed on their stipulation, and such email service shall be deemed good and proper,

4.    Plaintiff will serve counsel for the Nirvana Defendants coincident with the filing of the First Amended Complaint in the manner set forth above, and

5.  Facsimile or scanned signatures on this stipulation will have the same force and effect as original signatures.

6.  The Nirvana Defendants shall answer or otherwise move in response to the Amended Complaint on or before January 21, 2022.

Dated: November __, 2021

SO ORDERED

_____
Honorable Fernando M. Olguin
United States District Judge

603317221  3