UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>        Plaintiff,<br><br>v.<br><br>NIRVANA, L.L.C.;<br>UNIVERSAL MUSIC GROUP, INC.;<br>THE DAVID GEFFEN COMPANY;<br>GEFFEN RECORDS; WARNER RECORDS, INC.;<br>MCA MUSIC, INC.;<br>KIRK WEDDLE;<br>KURT COBAIN, DECEASED;<br>COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN;<br>HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>GUY OSEARY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>KRIST NOVOSELIC;<br>CHAD CHANNING;<br>DAVID GROHL; and<br>ROBERT FISHER<br><br>        Defendants. | Case No: <u>2:21-cv-06836</u><br><br>**CORRECTED STIPULATION RE SERVICE AND FILING OF FIRST AMENDED COMPLAINT** |

  **WHEREAS** on August 24, 2021, Plaintiff SPENCER ELDEN ("Plaintiff"), through his attorneys, Marsh Law Firm PLLC, filed this action against defendants NIRVANA, L.L.C.; UNIVERSAL MUSIC GROUP, INC.; THE DAVID GEFFEN COMPANY; GEFFEN RECORDS; MCA MUSIC, INC.; KIRK WEDDLE; KURT COBAIN, DECEASED; COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN; KRIST NOVOSELIC; CHAD CHANNING; DAVID GROHL (Collectively, "Nirvana Defendants"); HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN; GUY OSEARY,

AS MANAGER OF THE ESTATE OF KURT COBAIN; WARNER RECORDS, INC.; and ROBERT FISHER ("Defendants"),

**WHEREAS** Plaintiff has not yet served any Nirvana Defendant,

**WHEREAS** no Nirvana Defendant has answered or otherwise moved in response to the Complaint,

**WHEREAS** Plaintiff and Nirvana Defendants have attempted to resolve the dispute by mediation,

**WHEREAS** Plaintiff alleges that he intends to file a First Amended Complaint on or before November 22, 2021, and

**WHEREAS** counsel for the undersigned defendants has represented that the successor-in-interest to Defendants The David Geffen Company, Geffen Records, and MCA Records (incorrectly named as MCA Music, Inc.), is UMG Recordings, Inc., that Defendant Universal Music Group, Inc., is a holding company that is the indirect parent corporation of UMG Recordings, Inc., and that they represent UMG Recordings, Inc.

**THEREFORE, IT IS HEREBY STIPULATED** by Plaintiff and the Nirvana Defendants that:

1. Plaintiff may file his First Amended Complaint on or before November 22, 2021,
2. At that time, counsel for the Nirvana Defendants is authorized to and will accept concurrent service of both Plaintiff's original and First Amended Complaint on behalf of the Nirvana Defendants,
3. Plaintiff may effect service by email transmission to the undersigned attorneys at the email addresses listed below, and such email service shall be deemed good and proper,

4. Plaintiff will serve counsel for the Nirvana Defendants coincident with the filing of the First Amended Complaint in the manner set forth above, and

5. Facsimile or scanned signatures on this stipulation will have the same force and effect as original signatures.

6. The Nirvana Defendants shall answer or otherwise move in response to the Amended Complaint on or before January 21, 2022.

Dated: November 15, 2021

    MARSH LAW FIRM, PLLC
    ___/s/_____
    Robert Y. Lewis
    31 Hudson Yards, 11th Floor
    New York, New York 10001
    Phone: 212-372-3030
    Email: RobertLewis@marsh.law

    *Attorney for Plaintiff*

Dated: November 15, 2021

    KENDALL BRILL & KELLY LLP
    ___/s/_____
    Bert H. Deixler
    10100 Santa Monica Blvd #1725
    Los Angeles, CA 90067
    310-556-2700
    bdeixler@kbkfirm.com

    *Attorney for Defendants*

    Nirvana, L.L.C.; UMG Recordings, Inc.; Kirk Weddle; Kurt Cobain, Deceased; Courtney Love, as Executor of the Estate of Kurt Cobain; Krist Novoselic; Chad Channing; and David Grohl