Robert Y. Lewis
31 Hudson Yards, 11th Floor
New York, New York 10001
Phone: 212-372-3030
Email: RobertLewis@marsh.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>       Plaintiff,<br><br>v.<br><br>NIRVANA, L.L.C.;<br>UNIVERSAL MUSIC GROUP, INC.;<br>THE DAVID GEFFEN COMPANY;<br>GEFFEN RECORDS; WARNER RECORDS, INC.;<br>MCA MUSIC, INC.;<br>KIRK WEDDLE;<br>KURT COBAIN, DECEASED;<br>COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN;<br>HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>GUY OSEARY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>KRIST NOVOSELIC;<br>CHAD CHANNING;<br>DAVID GROHL; and<br>ROBERT FISHER<br><br>       Defendants. | Case No: 2:21-cv-06836<br><br>**[PROPOSED] CORRECTED ORDER RE SERVICE AND FILING OF FIRST AMENDED COMPLAINT** |

1

2   **WHEREAS** on August 24, 2021, Plaintiff SPENCER ELDEN ("Plaintiff"), through his

3 attorneys, Marsh Law Firm PLLC, filed this action against defendants NIRVANA, L.L.C.;

4 UNIVERSAL MUSIC GROUP, INC.; THE DAVID GEFFEN COMPANY; GEFFEN

5 RECORDS; MCA MUSIC, INC.; KIRK WEDDLE; KURT COBAIN, DECEASED;

1    COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN; KRIST

2    NOVOSELIC; CHAD CHANNING; DAVID GROHL (Collectively, "Nirvana Defendants");

3    HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN; GUY OSEARY,

4    AS MANAGER OF THE ESTATE OF KURT COBAIN; WARNER RECORDS, INC.; and

5    ROBERT FISHER ("Defendants"),

6         **WHEREAS** Plaintiff has not yet served any Nirvana Defendant,

7         **WHEREAS** no Nirvana Defendant has answered or otherwise moved in response to the

8    Complaint,

9         **WHEREAS** Plaintiff and Nirvana Defendants have attempted to resolve the dispute by

10   mediation,

11        **WHEREAS** Plaintiff alleges that he intends to file a First Amended Complaint on or

12   before November 22, 2021, and

13        **WHEREAS** counsel for the undersigned defendants has represented that the successor-

14   in-interest to Defendants The David Geffen Company, Geffen Records, and MCA Records

15   (incorrectly named as MCA Music, Inc.), is UMG Recordings, Inc., that Defendant Universal

16   Music Group, Inc., is a holding company that is the indirect parent corporation of UMG

17   Recordings, Inc., and that they represent UMG Recordings, Inc.

18        **WHEREFORE, IT IS HEREBY ORDERED** that:

19   1.   Plaintiff may file his First Amended Complaint on or before November 22, 2021,

20   2.   At that time, counsel for the Nirvana Defendants is authorized to and will accept

21        concurrent service of both Plaintiff's original and First Amended Complaint on

22        behalf of the Nirvana Defendants,

3. Plaintiff may effect service by email transmission to the undersigned attorneys at the email addresses listed below, and such email service shall be deemed good and proper,

4. Plaintiff will serve counsel for the Nirvana Defendants coincident with the filing of the First Amended Complaint in the manner set forth above, and

5. Facsimile or scanned signatures on this stipulation will have the same force and effect as original signatures.

6. The Nirvana Defendants shall answer or otherwise move in response to the Amended Complaint on or before January 21, 2022.

Dated: November __, 2021

SO ORDERED

_____
Fernando M. Olguin
USDC Judge

603318640.1   3