UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6836 FMO (AGRx) | Date | November 24, 2021 |
|---|---|---|---|
| Title | Spencer Elden v. Nirvana L.L.C., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**     (In Chambers) Order Re: Stipulations [17, 18]

Having reviewed and considered the parties' Corrected Stipulation Re Service and Filing of First Amended Complaint ("First Stipulation") (Dkt. 17) and Stipulation Re Service and Filing of First Amended Complaint ("Second Stipulation") (Dkt. 18), IT IS ORDERED THAT:

1. The First Stipulation (**Document No. 17**) and Second Stipulation (**Document No. 18**) are **granted** as set forth below.

2. Plaintiff's First Amended Complaint (**Document No. 19**), filed on November 22, 2021, is **accepted**.

3. Defendants shall file their Answer(s) to the First Amended Complaint or motion(s) pursuant to Fed. R. Civ. P. 12 no later than **December 22, 2021.**

4. In the event defendants wish to file a motion to dismiss, then counsel for the parties shall meet and confer in person at an agreed upon location within the Central District of California to discuss defendants' motion to dismiss. Defendants' motion must include copies of all meet and confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion). Failure to include such a declaration will result in the motion being denied.

5. Counsel for the following defendants will accept service of process in accordance with the parties' agreement in the First Stipulation (Dkt. 17): Nirvana, L.L.C.; UMG Recordings, Inc.; Kirk Weddle; Kurt Cobain, Deceased; Courtney Love, as Executor of the Estate of Kurt Cobain; Krist Novoselic; Chad Channing; and David Grohl.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 21-6836 FMO (AGRx)** | Date | **November 24, 2021** |
|---|---|---|---|
| Title | **Spencer Elden v. Nirvana L.L.C., et al.** | | |

    6. Counsel for defendant Robert Fisher will accept service of process in accordance with the parties' agreement in the Second Stipulation (Dkt. 18).

                                                                                            00    :    00

                                                          Initials of Preparer       gga