1  KENDALL BRILL & KELLY LLP
   Bert H. Deixler (State Bar No. 70614)
2    bdeixler@kbkfirm.com
   Nary Kim (State Bar No. 293639)
3    nkim@kbkfirm.com
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  Attorneys for Defendants UMG
   Recordings, Inc., Nirvana, L.L.C., Kurt
7  Cobain, Deceased, Courtney Love, as
   Executor of the Estate of Kurt Cobain,
8  Krist Novoselic, Chad Channing, David
   Grohl, and Kirk Weddle
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13                                    | Case No. 2:21-cv-06836-FMO-AGR

14  SPENCER ELDEN,                    | Assigned to Honorable Fernando M. Olguin

15              Plaintiff,            | **DECLARATION OF NARY KIM IN SUPPORT OF DEFENDANTS'**
16        v.                          | **12(b)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT**
17  NIRVANA, L.L.C., et al.,
18              Defendants.           | *Filed concurrently with Notice of Motion and Motion to Dismiss First*
19                                    | *Amended Complaint (Fed. R. Civ. P.*
20                                    | *12(b)(6)); Request for Judicial Notice;*
                                      | *and [Proposed] Orders*
21
                                      | Judge:   Hon. Fernando M. Olguin
22                                    | Date:    January 20, 2022
                                      | Time:    10:00 a.m.
23                                    | Crtrm.:  6D

24

25

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603323017.1                                    Case No. 2:21-cv-06836-FMO-AGR

## DECLARATION OF NARY KIM

I, Nary Kim, declare as follows:

1.     I am an attorney admitted to practice before all the courts of this state and this Court, and a partner at the law firm of Kendall Brill & Kelly LLP, attorneys of record for Defendants UMG Recordings, Inc., Nirvana, L.L.C., Kurt Cobain (Deceased), Courtney Love (as Executor of the Estate of Kurt Cobain), Krist Novoselic, Chad Channing, David Grohl, and Kirk Weddle.   This declaration is submitted in support of Defendants' Rule 12(b)(6) Motion to Dismiss the First Amended Complaint (the "Motion") and the accompanying Request for Judicial Notice.   Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.     Plaintiff's First Amended Complaint references and describes the cover of the album "Nevermind" by Nirvana, throughout the allegations. *See, e.g.*, Dkt. No. 19 (FAC) at ¶¶ 63, 64, 77, 81, 84, 85, 91, 96, 103, 107, 108.  A true and correct copy of the image of the album cover is attached to this Declaration as **Exhibit A**.

3.     A true and correct copy of the April 24, 1992 *Entertainment Weekly* article by Michele Romero titled "The naked kid from Nirvana's 'Nevermind,'" which I downloaded from the website https://ew.com/article/1992/04/24/naked-kid-nirvanas-nevermind/ (last accessed December 21, 2021), is attached as **Exhibit B**.

4.     A true and correct copy of the August 19, 2003 *Rolling Stone* article by Kerry L. Smith titled "Nirvana Baby Resurfaces," which I downloaded from the website   https://www.rollingstone.com/music/music-news/nirvana-baby-resurfaces-235079/ (last accessed December 21, 2021), is attached as **Exhibit C**.

5.     A true and correct copy of the November 10, 2008 *MTV News* article by Chris Harris titled "Nirvana Baby – All Grown Up – Re-creates Classic *Nevermind* Cover   Image,"   which   I   downloaded   from   the   website http://www.mtv.com/news/1598985/nirvana-baby-all-grown-up-re-creates-classic-

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603323017.1                                               1                          Case No. 2:21-cv-06836-FMO-AGR
DECLARATION OF NARY KIM

1  nevermind-cover-image/ (last accessed December 21, 2021), is attached as **Exhibit**

2  **D**.

3  6.  A true and correct copy of the June 22, 2011 *Methodshop* article by

4  Giacinta Pace titled "Spencer Elden Reflects On What It Was Like Growing Up As

5  'The Nirvana Baby,'" which I downloaded from the website

6  https://methodshop.com/nirvana-baby (last accessed December 21, 2021), is attached

7  as **Exhibit E**.

8  7.  A true and correct copy of the January 16, 2015 *The Guardian* article by

9  Abigail Radnor titled "That's me in the picture:  Spencer Elden, four-month-old star

10  of Nirvana's Nevermind album, released 1991," which I downloaded from the website

11  https://www.theguardian.com/artanddesign/2015/jan/16/thats-me-picture-spencer-

12  elden-nirvana-nevermind (last accessed December 21, 2021), is attached as **Exhibit**

13  **F**.

14  8.  A true and correct copy of the September 23, 2016 *New York Post* article

15  by Natalie O'Neill titled, "Nirvana baby recreates iconic album cover 25 years later,"

16  which I downloaded from the website https://nypost.com/2016/09/23/nirvana-baby-

17  recreates-iconic-album-cover-25-years-later/ (last accessed December 21, 2021), is

18  attached as **Exhibit G**.

19  9.  A true and correct copy of the September 23, 2016 *Time* article by

20  Kenneth Bachor titled, "The Baby from Nirvana's *Nevermind* is 25 Now," which I

21  downloaded from the website https://time.com/4499648/nirvana-nevermind-25-

22  baby-spencer-elden/ (last accessed December 21, 2021), is attached as **Exhibit H**.

23  10.  Prior to the filing of this Motion, counsel for the parties engaged in

24  multiple conferences to discuss their respective positions and the legal authorities that

25  they believed supported each of their positions.

26  11.  On December 13, 2021, counsel for the parties had an in-person meet-

27  and-confer at the offices of Defendants' counsel, located at 10100 Santa Monica

28  Blvd., Suite 1725, Los Angeles, California 90067.  The meeting began at 11:30 a.m.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603323017.1                                2                    Case No. 2:21-cv-06836-FMO-AGR
                                DECLARATION OF NARY KIM

1   and continued until approximately 12:30 p.m.  My colleague, Bert H. Deixler, and I

2   attended on behalf of Defendants.  Margaret E. Mabie, James R. Marsh, and Robert

3   Y. Lewis attended on behalf of Plaintiff, Spencer Elden.  Prior to the in-person

4   meeting, counsel for the parties had identified their respective positions, as well as

5   any supportive legal authorities, in preliminary discussions.  Relevant here, counsel

6   for Defendants directed Plaintiff to the statute of limitations in 18 U.S.C. § 2255(b);

7   federal cases like *Singleton v. Clash*, 951 F. Supp. 2d 578, 589 (S.D.N.Y. 2013), and

8   *Shovah v. Mercure*, 44 F. Supp. 3d 504, 510-11 (D. Vt. 2014) (which discuss what

9   the "injury" at issue in Section 2255 is); *Ditullio v. Boehm*, 662 F.3d 1091, 1099 (9th

10  Cir. 2011) (which discusses the retroactivity issue for the claim under 18 U.S.C. §

11  1595); and *Lama v. Malik*, 192 F. Supp. 3d 313, 317-18 (E.D.N.Y. 2016) (which

12  discusses equitable tolling in the context of a trafficking claim).

13        12.    During the in-person meeting on December 13, counsel for Defendants

14  stated that the basis for the proposed Motion would be as follows:  (i) the statute of

15  limitations for the Section 2255 claim and (ii) the lack of retroactive application and

16  the statute of limitations for the Section 1595 claim.  At the in-person meeting, and in

17  a subsequent telephonic conference, counsel for Defendants further explained their

18  view of the time bar with respect to certain time periods and as to certain of the

19  Defendants (for example, a timely claim could not lie against Kurt Cobain, who died

20  in 1994, and could not have engaged in any conduct after his death).  Counsel for

21  Defendants also explained that the Section 1595 claim failed, in its entirety, because

22  the conduct underlying the Section 1595 claim had occurred in 1991, well before the

23  2003 enactment of the private cause of action.  Plaintiff maintained that the claims

24  are timely and he would not amend the complaint prior to the filing of this Motion. A

25  true and correct copy of the email correspondence that counsel exchanged to

26  schedule the in-person conference is attached as **Exhibit I**.

27  / / /

28  / / /

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603323017.1                                3                    Case No. 2:21-cv-06836-FMO-AGR
                        DECLARATION OF NARY KIM

1     I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct and that this declaration was executed on December 21,

3   2021 at Los Angeles, California.

4

5   DATED:  December 22, 2021                                    _____

                                                                                        Nary Kim

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

# EXHIBIT A



Exhibit A
Page 5

# EXHIBIT B

# The naked kid from Nirvana's "Nevermind"

The naked kid from Nirvana's "Nevermind" -- We catch up with the model from this iconic album cover

By **Michele Romero**  |  Updated April 24, 1992 at 04:00 AM EDT

| Nevermind | |
|---|---|
| **TYPE**  Music | **GENRE**  Rock |

"Okay, throw the baby in the pool now." With those words, uttered by photographer Kirk Weddle, 4-month-old Spencer Elden was on his way to fame (though not fortune) as the baby on the cover of Nirvana's chart-topping album, *Nevermind*. You know the picture: The little fella is submerged in chlorinated depths, his baby penis protrudes beneath his chubby tummy, and his arms are outstretched in that "please pick me up and carry me out of the store" kind of way. Inches away, a dollar bill on a fishhook tempts him.

The image has been interpreted by fans as a metaphor for Nirvana, a neophyte band being reeled in by corporate rock's big bucks. But according to Geffen Records art director Robert Fisher, Nirvana's lead singer-guitarist Kurt Cobain had seen a documentary on babies being born underwater, and "thought the image would make a cool cover. That vision was a bit too graphic, so we went with the swimming baby instead."

Unable to find a stock shot of a submarine tyke, Fisher hired underwater- photo specialist Weddle, who donned a wet suit and set up a studio (complete with lights and waterproof cameras) in an Olympic-size swimming pool in Los Angeles last May. Spencer wasn't the lone stunt baby: Weddle cast four other infants as well. "You need that many kids," he says, "because you can't count on a baby to do anything you want." The babies were passed in front of the camera by either assistants or their parents, standing in the shallow end of the pool.

When young Spencer hit the water, he drifted aimlessly toward the bottom for three or four seconds, while an assistant blew a puff of air in his face to wrinkle his nose. "You could definitely feel the adrenaline rush in his little body," recalls Spencer's dad, movie-prop maker Rick Elden. "Spencer was like, '*Whoa*, what was that?'" After five shots, Weddle knew he had his cover. Later, the fishhook was stripped into the photo at Cobain's direction.

For his skinny-dipping adventure, Spencer was paid $250 (standard hourly rate for a no-name model) and was later presented with a triple-platinum album by Ed Rosenblatt, president of Geffen Records. The shiny disc is displayed in the family's L.A. living room. A *Nevermind* poster hangs above Spencer's little bed. Asked whether

Exhibit B
Page 6

The naked kid from Nirvana's Nevermind | EW.com

Spencer likes Nirvana (whom he never did meet), Rick Elden says the toddler is "pretty
indifferent to the music." Maybe he'll grow up to be a rock critic.

| Nevermind | |
|---|---|
| **TYPE** Music | **GENRE** Rock |

# EXHIBIT C

       AUGUST 19, 2003 4:00AM ET

## Nirvana Baby Resurfaces

**Spencer Elden appears on Skinny Puppy singer's new album**

*By* **KERRY L. SMITH**

Twelve years ago, **Spencer Elden**, then four months old, graced the cover of **Nirvana**'s *Nevermind*. The image became a generational land — Elden even reprised the shot in a 2001 *Rolling Stone* tenth-anniversary tribute to *Nevermind*. Now, the California sixth-grader is appeari his second **album cover** — *The Dragon Experience*, the third solo CD by industrial group **Skinny Puppy**'s cEvin Key.

The album's title and cover art reflect a dream Key had thirty years ago, when he was eleven: He found himself surrounded by "3-D dragons envisioned the sound of his future work — "experimental electronic rock," he says. "I'd never heard of it or seen it yet in my life."

Key's search for a young boy to help recreate the dream led him to Spencer Elden. "My girlfriend was his baby sitter," Key says. For the new cover (shot by Key's girlfriend), Elden dons the original T-shirt that Key made after waking from his dream.

After the shoot, Key sent Elden a poster of the *Dragon Experience* cover for him to hang on his bedroom wall alongside the framed platinu of *Nevermind*. "It's important to me because I'm maybe the youngest person to ever get one of those," Elden says of his Nirvana memento. " five years or so, somebody's gonna call me up and ask me about *Nevermind* . . . and I'm probably gonna get some money from it."

**In This Article: Album Cover, Nirvana, Skinny Puppy, Spencer Elden**

# **EXHIBIT D**

# NEWS



MUSIC

# NIRVANA BABY -- ALL GROWN UP -- RE-CREATES CLASSIC *NEVERMIND* COVER IMAGE

## THIS TIME, SPENCER ELDEN WORE SHORTS.

ARCHIVE-CHRIS-HARRIS

11/10/2008

More than 17 years ago, when he was still an infant, Spencer Elden's parents dropped him into a swimming pool in California, where underwater photographer Kirk Weddle was waiting to snap an entire roll of film of the naked, buoyant baby. The picture was later used as the cover image for *Nevermind,* the second studio LP from a little rock band out of Seattle called Nirvana.

Now, 17-year-old Elden is a high school student, who told MTV News last year that "it's kind of creepy [to think] that that many people have seen me naked — I feel like I'm the world's biggest porn star."

Exhibit D
Page 9

Case 2:21-cv-06836-FMO-AGR   Document 21-1   Filed 12/22/21   Page 15 of 41   Page ID #:170

Elden recently re-created the iconic album's cover in the same pool at the Rose Bowl Aquatic Center in Pasadena, California, where it was originally shot — only this time, he was wearing shorts. It remains unclear as to *why* Elden decided to shoot this new photo.

Elden's parents were paid just $200 for allowing him to be photographed back in 1991. But last year, Elden told us that being the Nirvana baby has its perks. He references it when trying to pick up ladies, he said: "I have to use stupid pickup lines like, 'You want to see my p---s ... again?' " But it's also led to some strange encounters as well. He was once invited to swim in a rather wealthy woman's pool for the mere fact that he was the Nirvana baby. Another time, he even met "Weird Al" Yankovic, who famously lampooned the cover on his 1992 disc, *Off the Deep End.*

"I ran into him when I was going to do a TV interview," Elden said. "He was in the hallway, and he actually signed the back of my platinum record."

FILED UNDER:

MUSIC    NIRVANA

# EXHIBIT E

Spencer Elden Reflects On What It Was Like Growing Up As "The Nirvana Baby"



*Spencer Elden Reflects On What It Was Like Growing Up As "The Nirvana Baby"*

**Spencer Elden Reflects On What It Was Like Growing Up As "The Nirvana Baby"**

What if over 30 million people owned a picture of your naked body? In this interview, Spencer Elden
reflects on what it was like growing up as "The Nirvana Baby."

June 22, 2011 by <u>Giacinta Pace</u>

   

Before <u>Spencer Elden</u> could walk or talk, he was already famously known as the "Nirvana Baby" around
the world. Nirvana's *Nevermind* boasts one of the most iconic album covers of all time and is in good
company with others such as The Beatles "Sgt. Pepper's Lonely Hearts Club Band" and Bruce
Springsteen's "Born In The USA."

Both the album and baby are turning 20 this year and what better way to celebrate than to see what Elden
has been up to in the past 20 years, including his upcoming art show which opens on May 19th in Los
Angeles.

> Spencer Elden Reflects On His Life As "The Nirvana Baby"
> And The Anniversary Of Nirvana's Nevermind …
> #NirvanaBand #NevermindAlbum #SpencerElden
> #NirvanaBaby #Nirvana #Nevermind
>
> CLICK TO TWEET

How did you get on the cover of Nirvana's *Nevermind*?

Exhibit E
Page 11

Well, I was about 6-months-old, and I was hanging out with <u>Kurt Cobain</u>. He threw a dollar in the pool, and I just went in after it. No, I'm just kidding, that's not how it happened. My dad was going to art school with a good buddy who was a photographer. His friend's name was Kirk Weddle, and Weddle was going through a hard time and was thinking of going into the Navy Seals again to go shoot people and kill people underwater.

My dad said, "well you're already in art school, why don't you start taking photos underwater," because he was a big scuba diver and ex-Navy Seal. So he thought that was probably a better idea than going off and killing people, so he started taking pictures underwater.

Then one of his first professional underwater photo shoots, that ended up becoming kind of a big thing, was the Nirvana photo shoot. No one really knew who Nirvana was back then. So Kirk Weddle called up my dad Rick Elden and was like "I need a baby for this photo shoot I'm doing, can you help me out?" I was just born, and they went down to the local pool.

Exhibit E
Page 12



*Cover photo for Nirvana's album "Nevermind" featuring Spencer Elden (Wikipedia)*

They blew on my face, so I would gag, and then they just threw me in the water.  That was it. They took one shot.  It was on a film drive, so they shot the whole roll in a sixteenth of a second.  Then they picked the best photo and that's how it worked out. That's how I became the Nirvana baby.

Was the money on the fishhook Photoshopped into the picture later?

Yes.

Exhibit E
Page 13

Do you still like swimming? How long can you tread water?

I think a really long time. I used to play water polo in high school, and I was on the swim team. So I'd say for at least 2-3 minutes because I am a little out of shape.

When was the first time that you realized you were the "Nirvana Baby" and what was your reaction to being on the cover of an iconic album like *Nevermind*?

I really don't remember. I feel like I've been around this whole Nirvana thing growing up for a while.  So it was kind of like I grew up knowing all about the band, and never really got the chance to discover Nirvana as a teenager or a younger adult.

It was a weird thing that I grew up with, because I would end up doing random interviews talking about something I don't really remember that much.  It was always a thing that I grew up with, and was never a big thing for me I'd say.  It's interesting because it's definitely got my foot in the door for a couple of situations, which is always handy.

What is the best and worst part of your claim to fame of being "The Nirvana Baby"?

Oh, well a lot of people always say things like "small penis" or whatever, but it's always a funny pickup line. You always just agree with it, that's the worst part. It's not all that bad because I don't really care. My girlfriend knows the truth about that one (laughs).

The best part is that being the Nirvana baby helps me connect with a lot of people. I make friends pretty easily.

### The 4 Best Places In The World To Celebrate Christmas
From snowy Scandinavian towns in the High Arctic to sacred cities, here are some of the best places in the world to celebrate Christmas.

Read more



What is the question you hate being asked most?

How did you get to be the Nirvana baby? That is a frequent question, that is asked by many people.

*[Note From Interviewer:  Yes, I asked that question too in this interview, but I had to, didn't I?]*

What do your friends and family think about you being the Nirvana Baby? Does everyone already know who you are?

Not all the time.  Sometimes people won't know I was the Nirvana baby for a long time.  After I make a new friend, and we've been hanging out, then they'll figure it out later on, and it's kind of funny to see their reaction.  Most of the time, people know, or I get introduced that way to people.

What do you think of Nirvana's music, and what kind of music do you listen to?

Nirvana is really good, but I feel that they are overplayed on the radio, so it's a little repetitive.  Just like the Red Hot Chili Peppers, or any other band on the radio that gets played a lot and is pretty good.  They're still really good.

I listen to a lot of Sirius XM Radio, so I listen to First Wave, a lot of alternative classic, and then a lot of new alternative music.  I also like all the classic genres.  Some of my favorite bands right now are The Dead Weather, The Fold, and The Kills.  I'm listening to the Talking Heads, Crystal Castles, Lykke Li, that's just some stuff I've been listening to lately.  I like a lot of music. I just listen to music all day long while I do art work.

Can we have the abridged highlights of what you've been up to between the album cover photoshoot and now?

Sure, I'd love to. Well, since the album cover came out, I went through elementary school. I went to high school, left high school in the 11th grade, and went to military school. Got out of high school a year early, and got a job working for Shepard Fairey. He is the famous street artist that made the Obama "Hope" poster.



*Obama "Hope" campaign poster*

He also created the infamous "<u>OBEY Giant</u>" image of Andre the Giant.



*"Obey Giant" image*

Exhibit E
Page 16

I somehow lucked out because I had a sketchbook I was working on while I was in military school, and when I got out a year early, I got a chance to give my mom's friend my sketchbook. She showed it to her sister's husband, who's an art director for Shepard, and he told me to start interning. So I started interning at the Shepard Fairey art studio, and I kind of picked up a lot of different skills for visual art.

My dad runs his own prop studio, as well, so I had a lot of history just working in the studio, and hanging out around. You know that "studio rat" lifestyle. So it sits really well with me, and I just kind of found a little niche and stuck with it. I've just been working on making visual, pretty pictures of paintings, and stuff that makes your eyes happy.

That's really all I've been working on, just making some artwork, hanging out with friends, listening to music, and working on different ways of making money through artwork, rather than making t-shirts, doing tattoos, making stickers, posters, just the usual artsy fartsy stuff.



*Spencer Elden's artwork*

Besides art, what are some of your other hobbies?

I'd say smoking weed, hanging out, skateboarding in my backyard, hanging out with my friends, going to the beach, just relaxing, and really being busy doing nothing.

Do you Tweet or Blog? How can people follow what you are up to?

I need to start tweeting more from @SPENCERELDEN1. I have a blog it's called "Project Skre," it's all of my artwork and screen prints, and stuff that I've been doing recently. I am getting ready for an art show. I have one coming up on May 19th in LA, in Echo Park. So I've been getting ready for that. I just got accepted to art school, so I have been really busy lately running around trying to get ready for school and the show, and with work, because I work full time. Yeah, my hobbies are just making artwork, hanging out with friends, and going swimming. You know, stuff like that. Oh, I'm also on Facebook as /spencer.elden.1.

*new to this hole thing*
— *SPENCER ELDEN (@SPENCERELDEN1)* <u>*November 18, 2012*</u>

What inspires you?
Some of my big inspirations are music and the thoughts or dreams in my head. Whenever you sleep and wake-up, and it's kind of fun to record stuff, and then try to translate that into some kind of a picture so that people can somehow get an idea of what's going on in my brain. I feel like that's a big inspiration.
Tell us something that your friends reading this won't already know?
I'm probably supposed to come up with something clever and funny, but I can't really think of anything. I don't know. I try to be an open book, but you can't always be an open book. "You can't judge a book by its pages," as Gary Dell'Abate from <u>The Howard Stern Show</u> would say.
MethodShop is celebrating its 15th anniversary this year. Do you have any special words or a shout-out for us as we embark on our 16th year?
Well, 15 years is a long time, so keep on going, and congratulations. For my birthday, it's always fun to just take it easy, and do whatever you want to do. So I hope everyone at <u>MethodShop</u> does that too!
Almost 30 million copies of "Nevermind," have been sold since the album was first released in 1991. It's very likely that you have the "most seen male genitalia" in history; more than porn legend Ron Jeremy. Have you ever thought about how many people have seen you naked?
Yeah, I have thought about that. It's kind of like being a <u>secret porn star</u>, but not really. But it's not even porn! It's more like a Farrah Fawcett poster. I kind of got thrown into that category, of being a sex icon, but more of like an alternative rock icon. So, I feel like I try to hold down that image pretty well, and I'll just keep on holding it down; being that alternative rock porn star rock icon.

Exhibit E
Page 18



*The Nirvana Baby – Spencer Elden on the cover or Nirvana's album "Nevermind"*

Do you have anything else to add?
Probably just, Babba Booey, Howard Stern's penis, Babba Booey.

# EXHIBIT F

Case 2:21-cv-06836-FMO-AGR    Document 31    Filed 12/20/21    Page 27 of 41    Page ID #:182

## That's me in the picture: Spencer Elden, four-month-old star of Nirvana's Nevermind album, released 1991

'It is weird being part of such a culturally iconic image, because I didn't really have anything to do with it. But it's opened doors for me'



Fri 16 Jan 2015 11.00 EST

My mum has a crazy story. When she was young, she says she had some sort of vision that her baby was going to be everywhere. She started having my picture taken as a baby and giving it away as fridge magnets to friends. And then this Nirvana album cover happened and my picture was everywhere on billboards. Nevermind sold 3m copies by the time I was one.

I don't think my parents really gave my taking part in this shoot too much thought. They knew who Nirvana were, but weren't really into the grunge scene. I was four months old and my dad was attending art school at the time, and his friends would often ask for help with their projects. So his friend the photographer Kirk Weddle called him and said, "Do you want to make some money today and throw your kid in the pool?" And he agreed. My parents took me down there, apparently they blew in my face to stimulate my gag reflex, dunked me in, took some pictures, and pulled me out. And that was it. They were paid $200 and went to eat tacos afterwards. No big deal.

Weddle had shot a number of babies to get the right image, and they ended up choosing me. I think it's because of my penis – a lot of the other babies were girls. Also, the composition seemed very natural. I am glad they chose me. And I am also glad it wasn't for something like a Backstreet Boys album.

I've heard that originally the band wanted the image to be of a woman giving birth under water, but the record company thought that would be too graphic. So they compromised with this idea of a baby swimming after a dollar. People have interpreted it differently. I think it's about an abandonment of innocence and everyone chasing money sooner and faster.

It is a weird thing to get my head around, being part of such a culturally iconic image. But it's always been a positive thing and opened doors for me. I'm 23 now and an artist, and this story gave me an opportunity to work with Shepard Fairey for five years, which was an awesome experience. He is a huge music connoisseur: when he heard I was the Nirvana baby, he thought that was really cool.

It helps with girls, too. Sometimes girls chat me up about it more than the other way around. I don't tell them it's me, and my friends boast about it more than I do. I would never go up to anyone wearing a Nirvana T-shirt and say, "Hey, that's me," but I was once recognised on a

bridge in Venice when I was there for the Biennale. An Italian guy stopped me and said, "You're the Nirvana baby!" which I thought was the craziest thing. I don't know how anyone would recognise me.

I might have one of the most famous penises in the music industry, but no one would ever know that to look at me. Sooner or later, I want to create a print of a real-deal re-enactment shot, completely naked. Why not? I think it would be fun.

Interview by Abigail Radnor.

Are you in a famous photograph? Email weekend@theguardian.com

# EXHIBIT G

Nirvana baby recreates iconic album cover 25 years later

# NEW YORK POST

LOG IN

McDonald's employee reveals 3…

Chicago museum fires all of its mostly…

I went dumpster diving at my local Whole…

TikTok is giving teen girls Tourette-like…

Olympia Dukakis' kids list her NYC…

Trolls accuse amputee model of…

TRY IT FREE

ENTERTAINMENT

# Nirvana baby recreates iconic album cover 25 years later

By Natalie O'Neill

September 23, 2016    6:43pm



https://nypost.com/2016/09/23/nirvana-baby-recreates-iconic-album-cover-25-years-later/

Nirvana baby recreates iconic album cover 25 years later

# NEW YORK POST

LOG IN

McDonald's employee reveals 3…

Chicago museum fires all of its mostly…

I went dumpster diving at my local Whole…

TikTok is giving teen girls Tourette-like…

Olympia Dukakis' kids list her NYC…

Trolls accuse amputee model of…



Exhibit G
Page 23

# NEW YORK POST

McDonald's
employee
reveals 3…

Chicago
museum fires all
of its mostly…

I went dumpster
diving at my
local Whole…

TikTok is giving
teen girls
Tourette-like…

Olympia
Dukakis' kids list
her NYC…

Trolls accuse
amputee model
of…

Spencer Elden, 25, wanted to go au naturel when he made a splash to honor the legendary grunge band, he told The Post.

"I said to the photographer, 'Let's do it naked.' But he thought that would be weird, so I wore my swim shorts," said Elden, an artist from LA.

The album, released 25 years ago Saturday, includes songs like "Smells Like Teen Spirit" and "Come as You Are" and has sold more than 30 million copies worldwide.

"The anniversary means something to me. It's strange that I did this for five minutes when I was 4 months old and it became this really iconic image," he said.

"It's cool but weird to be part of something so important that I don't even remember," said Elden, who prefers the punk band The Clash over Nirvana.

In 1991, photographer Kirk Weddle asked Elden's parents if he could use the baby for a photoshoot for the then-unknown band, according to Time magazine. A fish hook with a dollar bill was later added digitally to the image.

The shoot lasted 15 seconds and Elden's parents made only $200, his dad told NPR in 2008.

Earlier this month, photographer John Chapple paid him $200 to do it again, he told The Post.

Elden hopped in a lap pool at The Rose Bowl Aquatics Center in Pasadena to recreate the album cover image.

Elden did the same thing 10 years ago, in honor of the album's 15th anniversary.

Exhibit G
Page 24

# NEW YORK POST

McDonald's employee reveals 3…

Chicago museum fires all of its mostly…

I went dumpster diving at my local Whole…

TikTok is giving teen girls Tourette-like…

Olympia Dukakis' kids list her NYC…

Trolls accuse amputee model of…



Spencer Elden, who was pictured as a baby on Nirvana's iconic album cover, "Nevermind," poses in a pool.

John Chapple/Splash News

**FILED UNDER**      MUSIC   NIRVANA      9/23/16
                  ,_____ ,_____

**READ NEXT**      **This man was once a juvenile delinquent, now sings for the...**

## *SPONSORED STORIES*                                                    |

https://nypost.com/2016/09/23/nirvana-baby-recreates-iconic-album-cover-25-years-later/

# EXHIBIT H

# The Baby From Nirvana's *Nevermind* Is 25 Now



Kirk Weddle—GDA/AP; Cameo Tooman

BY **KENNETH BACHOR**
SEPTEMBER 23, 2016 9:00 AM EDT

Spencer Elden was just a few months old when his parents got a call from underwater photographer Kirk Weddle, who asked if he could use their newborn baby as part of a photoshoot for an up-and-coming band called Nirvana. At the time, Elden's father helped with sets, custom rigging and props for photo shoots, which is how he got to know Weddle.

Initially, Weddle tried to photograph babies at a swimming class, but none of those images fit what Geffen Records was looking for, so they wound up choosing one of the stills that Weddle took of Elden. Later on, a fish hook with a dollar bill was eventually added, to make it look as if the baby was swimming towards it. Elden's parents were reportedly paid only $200, and the shoot lasted around 15 seconds.

**TIME** **Most Re…**

**READ MORE**

**Biden Pivots to Home Tests to Confront Omicron Surge**

HBO Documentary Trailer: Kurt Cobain: Montage of Heck

PAID PARTNER CONTENT

**The legacy of Lucille Ball and Desi Arnaz**

Case 2:21-cv-06836-FMO-AGR   Document 31   Filed 12/22/21   Page 37 of 41   Page ID
#:192

"Looking back, it feels kind of stupid doing interviews about it, because I had nothing to do with it, but a lot to do with it all at the same time," says Elden, now 25. "It's a really weird feeling being a part of someone else's momentum—being caught up in this wake of stuff."

Today, Elden lives in Los Angeles with his mother and focuses on making art and growing tomatoes. Over the past few years, his interest in art has developed after he interned for street artist Shepard Fairey, who has acted as a mentor. But Elden is still trying to figure out how he feels about *Nevermind*. "It's a trip. Everyone involved in the album has tons and tons of money. I feel like I'm the last little bit of grunge rock," Elden says, "I'm living in my mom's house and driving a Honda Civic."

Elden has never met the two surviving members of Nirvana, Dave Grohl and Krist Novoselic; he says that previous attempts to contact either musician weren't successful. In 2013, TMZ asked Dave Grohl if he ever met the baby from the *Nevermind* cover and Grohl acknowledged that he hasn't: "I've never met him. We weren't there the day that they did the photo shoot, so I don't know. I've seen him in magazines and stuff."

Even though Elden has recreated the photo shoot a number of times and has a large tattoo that says "Nevermind" on his chest, he says he hasn't fully come to terms with being on the album's cover. "I got a little upset for a bit," he says. "I was trying to reach out to these people. I never met anybody. I didn't get a call or email. I just woke up already being a part of this huge project. It's pretty difficult—you feel like you're famous for nothing, but you didn't really do anything but *their* album."

Frustrated about never receiving any sort of compensation for *Nevermind*, Elden recently looked into pursuing legal action against Geffen Records, but was unsuccessful. "It's hard not to get upset when you hear how much money was involved," he says. (*Nevermind* has sold over 30 million copies worldwide.)

"[When] I go to a baseball game and think about it: 'Man, everybody at this baseball game has probably seen my little baby penis,' I feel like I got part of my human rights revoked," says Elden.

Though he's occasionally bitter about the role he played in *Nevermind*, Elden admits, "I think it's also me being carried away with it and thinking about it too much." He likes the album artwork itself, describing the concept as "genius," but draws the line at merchandising, including puzzles and mugs. "Nirvana's cool, I guess—it's just weird being a part of it."

# EXHIBIT I

| | |
|---|---|
| **From:** | Nary Kim |
| **To:** | Robert Y. Lewis; Bert H. Deixler |
| **Cc:** | James R. Marsh; Margaret E. Mabie |
| **Subject:** | RE: Nirvana Meeting on Dec. 13? |
| **Date:** | Tuesday, December 7, 2021 2:58:00 PM |
| **Attachments:** | image001.png |

Yes, that works.  Thanks.

**From:** Robert Y. Lewis <robertlewis@marsh.law>
**Sent:** Tuesday, December 7, 2021 2:56 PM
**To:** Nary Kim <nkim@kbkfirm.com>; Bert H. Deixler <bdeixler@kbkfirm.com>
**Cc:** James R. Marsh <jamesmarsh@marsh.law>; Margaret E. Mabie <margaretmabie@marsh.law>
**Subject:** RE: Nirvana Meeting on Dec. 13?

**External Source**.

Can we meet at 11:30?

Sent from Mail for Windows

**From:** Nary Kim
**Sent:** Tuesday, December 7, 2021 4:54 PM
**To:** Robert Y. Lewis; Bert H. Deixler
**Cc:** James R. Marsh; Margaret E. Mabie
**Subject:** RE: Nirvana Meeting on Dec. 13?

Hi Robert,

I remain available for our meet-and-confer any time before 1:30 pm on December 13, but now have a few scheduling conflicts that day after 1:30 pm.  Let me know what time you plan to come by our office.

Thanks,

Nary

**From:** Nary Kim
**Sent:** Friday, December 3, 2021 7:38 AM
**To:** Robert Y. Lewis <robertlewis@marsh.law>; Bert H. Deixler <bdeixler@kbkfirm.com>
**Cc:** James R. Marsh <jamesmarsh@marsh.law>; Margaret E. Mabie <margaretmabie@marsh.law>
**Subject:** RE: Nirvana Meeting on Dec. 13?

That works.  Let us know what time you propose.  My schedule is flexible that day.

Exhibit I
Page 30

**From:** Robert Y. Lewis <robertlewis@marsh.law>
**Sent:** Friday, December 3, 2021 5:42 AM
**To:** Nary Kim <nkim@kbkfirm.com>; Bert H. Deixler <bdeixler@kbkfirm.com>
**Cc:** James R. Marsh <jamesmarsh@marsh.law>; Margaret E. Mabie <margaretmabie@marsh.law>
**Subject:** Nirvana Meeting on Dec. 13?

**External Source**.

I propose a meeting on Dec. 13 in your offices.  Bob 620-290-9084

Get Outlook for iOS

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachment is confidential and may be subject to the attorney-client privilege, or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information contained in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.

**IF YOU ARE NOT A CLIENT:** *This material is general information of an educational nature and is not legal advice. This communication does not establish or constitute the retention of Marsh Law Firm PLLC for the provision of legal services, unless explicitly so stated herein. Any attached items, including the content of this e-mail, are offered "as is" with no guarantee as to their accuracy, timeliness, or completeness.*

**CONFIDENTIALITY NOTICE:** The information contained in this message and any attachment is confidential and may be subject to the attorney-client privilege, or otherwise protected from disclosure by applicable law. Any disclosure, distribution, copying, or use of the information contained in this message or any attachment by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.

**IF YOU ARE NOT A CLIENT:** *This material is general information of an educational nature and is not legal advice. This communication does not establish or constitute the retention of Marsh Law Firm PLLC for the provision of legal services, unless explicitly so stated herein. Any attached items, including the content of this e-mail, are offered "as is" with no guarantee as to their accuracy, timeliness, or completeness.*

Exhibit I
Page 31