UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>                    Plaintiff,<br><br>v.<br><br>NIRVANA, L.L.C.;<br>UNIVERSAL MUSIC GROUP, INC.;<br>THE DAVID GEFFEN COMPANY;<br>GEFFEN RECORDS; WARNER RECORDS, INC.;<br>MCA MUSIC, INC.;<br>KIRK WEDDLE;<br>KURT COBAIN, DECEASED;<br>COURTNEY LOVE, AS EXECUTOR OF THE ESTATE OF KURT COBAIN;<br>HEATHER PARRY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>GUY OSEARY, AS MANAGER OF THE ESTATE OF KURT COBAIN;<br>KRIST NOVOSELIC;<br>CHAD CHANNING;<br>DAVID GROHL; and<br>ROBERT FISHER<br><br>                    Defendants. | Case No: 2:21-cv-06836<br><br>**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT ROBERT FISHER PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Spencer Elden, through counsel, hereby gives notice that the above captioned action is hereby voluntarily dismissed with prejudice with respect to only one defendant, Robert Fisher.

Dated: December 22, 2021

MARSH LAW FIRM PLLC

　　　/s/
Robert Y. Lewis
31 Hudson Yards, 11th Floor
New York, New York 10001
Phone: 212-372-3030
Email: RobertLewis@marsh.law
*Attorney for Plaintiff*