## <u>DECLARATION OF ROBERT FISHER</u>

I, Robert Fisher, declare:

1.    I am an art director and graphic designer and currently run my own creative design business, Flying Fish Studio Inc.

2.    I have personal knowledge of the following facts, except where otherwise indicated, and could competently testify to these facts if called upon to do so.

3.    I had been working as an art director for Geffen Records, Inc. and the David Geffen Company (jointly "Geffen") when it became known, sometime in 1990, that Geffen was signing Nirvana. Already a fan of the band, I asked the Creative Director at Geffen, Robin Sloane, if I could work with the band on the art for their upcoming album. She agreed.

4.    For several months in 1991 I collaborated closely with the band on what became one of the most iconic record covers of the 90s, the cover for their album *Nevermind*.

5.    When I started working with Nirvana, the band already consisted of Kurt Cobain, Krist Novoselic, and Dave Grohl. The band's management at the time was Gold Mountain Entertainment. My main contacts there were John Silva and his then-assistant, whose name I cannot recall. John Silva later went on to form Silva Artist Management ("SAM"). To the best of my knowledge, SAM still handles the exploitation of Nirvana's music and band merchandise.

6.    When I first met with the band, all three members came into my office, and we discussed ideas for what was to become the *Nevermind* cover. I believe that, at that time, the album was still going to be called *Sheep*. Kurt and Dave told me that they had recently seen a documentary on underwater childbirth, and they were wondering if we could do something with that imagery for the cover.

7.    Back then, which was pre-internet, I would source images in stock photo books that were kept at the Geffen offices and by going to book and magazine

shops. The only photos of underwater child birthing that I could find there were not that great, and nothing really stood out to me as a good direction for an album cover. But, in one of the stock photo books, I did come across this photo of a baby swimming underwater in a pool. I thought it would be a good alternative for the image that they had in mind, so I presented it to the band. They immediately liked it.

8.    From a graphic design standpoint, however, I felt that the image needed something extra to make for an interesting album cover. We were all imagining what that extra could be, until Kurt suggested we add a fishhook. We all thought that was just perfect!

9.    Not much later, I visited the band at the studio where they were recording *Nevermind* and we spent some time over lunch joking about goofy things we could put on the fishhook. I remember talking, among other things, about a piece of meat, like a big steak, a donut, a CD, a burrito, and a dog. Then someone – I can't recall who – mentioned a dollar bill and we all went "yeah, that's good!"

10.    Clearing stock photography for album covers is complicated, because you almost never know in advance how many albums a band will end up selling, in what territories, and what other derivative uses such as flyers, posters, ads, etc. you need to plan for. Since these are all factors that usually go into calculating the license fee for stock photos, it can get prohibitively expensive fast. That is why, in many instances, we preferred to set up our own shoots and tried to avoid using stock photography altogether.

11.    Thinking that we could shoot our own version of a baby underwater, I started looking for photographers. I had a stack of so-called "workbooks" at my disposal at the Geffen offices; they were giant phonebook-size catalogues where illustrators and photographers would buy a few pages to show off their work. Those books would be sent out to creative departments at different companies. In one of those workbooks, I came across Kirk Weddle's page. As far as I can remember, his

1 page had some nice car photos and, at the bottom, it had a shot of a woman
2 underwater with a tag line, "Specializing in Submerged Humans." I remember
3 thinking to myself: "Oh my God, this is our guy!".

4    12.    At my request, Geffen reached out to Kirk and worked out the details
5 and financials. I believe that Kirk made the arrangements with the parents of all the
6 babies that he was going to photograph to come out to the Rose Bowl Aquatics
7 Center in Pasadena. We had no preference or plan to use a baby boy or a baby girl,
8 and I was told that both came out to the shoot. I remember Kirk telling me that, to
9 get the babies to hold their breath, the mom or dad would gently blow in the babies'
10 face, then submerge them, and pass them onto the other parent. Kirk would then snap
11 a few frames and do it over again, a few times with each of the babies.

12    13.    On the day the image of Spencer was taken in Pasadena, I was ill and
13 ended up not going. Usually, though, I would attend these shoots to help direct and
14 make sure we got good shots to use in the final design. Here, however, Kirk knew
15 exactly what we were looking for based on the stock photo that I had shown him as
16 an example. At some point, either before the shoot or while we were waiting for the
17 proofs, I even made a mock-up of the album cover using that stock photo by taking
18 the photo I showed to Kirk and adding the fishhook and dollar bill. A true and correct
19 copy of that mock-up is attached hereto as Exhibit 1.

20    14.    Weeks later Kirk sent me proof sheets of photos of multiple babies.
21 Attached hereto as Exhibit 2 are copies of the proof sheets that I saved, but there
22 may have been more. Most of the photos were not composed that great and were
23 showing the baby at a weird angle, with clenched fists, not completely in the frame,
24 etc. But there was this one photo that really stood out. It had a great angle with arms
25 outstretched like it was grabbing at something. I also had a bit of retouching done to
26 the photograph, mainly to take out the bottom floor of the pool. A copy of the
27 original photo with my retouch instructions is attached hereto as Exhibit 3. If you
28 look closely, you can still see a white palm print on the baby's chest where his

1   parent's hand was right before passing him onto the other parent for the photo. I also
2   added to the photo the fishhook with the one-dollar bill and a few bubbles. This was
3   pre-photoshop, so you had to send everything out for retouching. I remember that
4   when I got the proof back and showed it around the art department, everyone loved
5   it. I added the type – including the wavy *Nevermind* print that I had created to evoke
6   the underwater vibe – and we sent it off to the band's management. It was also
7   approved by band and management first shot, which doesn't happen very often, so I
8   was happy. In March of 1992, the image was voted "Best Album Cover" by *Rolling*
9   *Stone*'s Critics and Reader Poll.

10      15.    At some point in the process, I circulated a copy of the photo of Spencer
11   that we were going to use for the album cover to others at Geffen involved in the
12   *Nevermind* release, including some of my superiors, with the notation: "If anyone
13   has a problem with his dick, we can remove it." This process is called routing. As
14   far as I know, no one objected so the penis stayed on. A true and correct copy of the
15   photo with my comment is attached hereto as Exhibit 4. I recognize the handwriting
16   as my own.

17      16.    Sometime after the album was released, I heard a rumor that Walmart
18   had voiced concerns about the album art and that Kurt, in response, had suggested
19   they put a sticker over the genitalia that read "If you're offended by this, you must
20   be a closet pedophile." I was never part of that discussion, nor was I ever asked to
21   create that sticker. What I did create, before all this, was a regular "hype sticker" for
22   the album, which are commonly used in retail promotion. Recently, a Nirvana fan
23   told me that on the copy he bought back in the day the "hype sticker" was placed
24   over the baby's genitalia instead of in the corner where it usually is.

25      17.    Other than the salary or fee that I must have received from Geffen at
26   the time for my work on this album design, I never benefitted financially from
27   Nirvana's record sales or any other exploitations of the *Nevermind* album cover
28   and/or Spencer Elden's baby photo.

18.     I also did not work on the packaging and design of any of the later re-releases of the *Nevermind* album, nor do I have the power or authority to change (or instruct others to change) the album cover, and/or to prevent its further commercial distribution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 21, 2021

Robert Fisher

# EXHIBIT 1



# EXHIBIT 2





# EXHIBIT 3



# EXHIBIT 4

