# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>                                Plaintiff(s)<br>v.<br><br>NIRVANA L.L.C., et al.<br><br>                                Defendant(s). | CASE NUMBER<br><br>2:21-cv-06836-FMO-AGR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Romero, Joshua A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 236-2035            (512) 391-2189
*Telephone Number*        *Fax Number*

jromero@jw.com
*E-Mail Address*

of

Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX  78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Kirk Weddle

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kim, Nary
*Designee's Name (Last Name, First Name & Middle Initial)*

293639                (310) 556-2700            (310) 556-2705
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

nkim@kbkfirm.com
*E-Mail Address*

of

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA  90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: January 19, 2022**                                    /s/
                                                        **Fernando M. Olguin, U.S. District Judge**