1  KENDALL BRILL & KELLY LLP
   Bert H. Deixler (State Bar No. 70614)
2    bdeixler@kbkfirm.com
   Nary Kim (State Bar No. 293639)
3    nkim@kbkfirm.com
   10100 Santa Monica Blvd., Suite 1725
4  Los Angeles, California 90067
   Telephone: 310.556.2700
5  Facsimile:  310.556.2705

6  Attorneys for Defendants UMG
7  Recordings, Inc., Nirvana, L.L.C.,
   Courtney Love (as Executor of Estate of
8  Kurt Cobain), Krist Novoselic, Chad
   Channing, David Grohl, and Kirk Weddle
9

10 JACKSON WALKER L.L.P.
   Joshua A. Romero (admitted *pro hac vice*)
11   jromero@jw.com
   Emilio B. Nicolas (admitted *pro hac vice*)
12   enicolas@jw.com
   100 Congress Avenue, Suite 1100
13 Austin, Texas 78701
   Telephone: 512.236.2000
14 Facsimile:  512.236.2002
15
16 Attorneys for Defendant Kirk Weddle

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 | Case No. 2:21-cv-06836-FMO-AGR |
| SPENCER ELDEN, | Assigned to Hon. Fernando M. Olguin |
| 20 | |
| Plaintiff, | **DEFENDANTS' NOTICE OF** |
| 21 | **INTERESTED PARTIES AND** |
| v. | **DISCLOSURE STATEMENT (L.R.** |
| 22 | **7.1-1 AND FRCP 7.1)** |
| NIRVANA, L.L.C., *et al.*, | |
| 23 | |
| Defendants. | |
| 24 | |

25
26
27
28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## DEFENDANTS' NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1 of the United States District Court of the Central District of California and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants hereby certifies that the following listed individuals and entities may have a pecuniary interest in the outcome of this case.   These representations are made to enable the Court to evaluate a possible disqualification or recusal.

- Spencer Elden (Plaintiff)
- UMG Recordings, Inc. (corporate Defendant)
- Universal Music Group, Inc. (corporate Defendant)
- Nirvana, L.L.C. (corporate Defendant)
- Courtney Love, as Executor of the Estate of Kurt Cobain (individual Defendant)
- Krist Novoselic (individual Defendant)
- David Grohl (individual Defendant)
- Kirk Weddle (individual Defendant)
- End of Music, LLC (governor of Nirvana, L.L.C.)

As reflected in the parties' Joint Stipulation filed on November 16, 2021 (Dkt. No. 17), Defendant UMG Recordings, Inc. is the successor-in-interest to the following Defendants:   The David Geffen Company, Geffen Records, and MCA Records.   Defendant Universal Music Group, Inc. is a holding company and the indirect parent of Defendant UMG Recordings, Inc.

In addition, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the corporate Defendants identify their respective parent corporations and publicly-held corporations, if any, that own 10% or more of their stock.   Universal Music Group, Inc. and UMG Recordings, Inc. (the "UMG Defendants") certify that their ultimate parent is Universal Music Group, N.V., a Netherlands public limited company.   No publicly-held corporation owns 10% or more of any of the UMG Defendants' stock.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603327502.1                    1                    Case No. 2:21-cv-06836-FMO-AGR
DEFENDANTS' RULE 7.1 NOTICE OF INTERESTED PARTIES

1   There is no parent corporation or publicly-held corporation that has an ownership

2   interest in Nirvana, L.L.C.

3

4   DATED:  January 31, 2022            KENDALL BRILL & KELLY LLP

5

6

7                                      By:    /s/ Bert H. Deixler

8                                             Bert H. Deixler
                                              Attorneys for Defendants UMG
9                                             Recordings, Inc., Nirvana, L.L.C.,
                                              Courtney Love (as Executor of Estate of
10                                            Kurt Cobain), Krist Novoselic, Chad
                                              Channing, David Grohl, and Kirk Weddle
11

12                                     -and-

13

14                                     JACKSON WALKER L.L.P.

15

16                                     By:    /s/ Joshua A. Romero

17                                            Joshua A. Romero (admitted *pro hac vice*)

18                                            Attorneys for Defendant Kirk Weddle

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603327502.1                           2                      Case No. 2:21-cv-06836-FMO-AGR
                        DEFENDANTS' RULE 7.1 NOTICE OF INTERESTED PARTIES