1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN,<br><br>                Plaintiff,<br><br>     v.<br><br>NIRVANA, L.L.C., *et al*.,<br><br>                Defendants. | Case No. 2:21-cv-06836-FMO-AGR<br><br>Assigned to Honorable Fernando M. Olguin<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Date:   June 30, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 6D |

Whereas the Court has considered the Parties' Joint Motion For Entry Of A Scheduling Order, and for good cause shown the Court finds that this Motion should be GRANTED.

Pursuant to the Joint Motion and Stipulation between the Parties, **IT IS HEREBY ORDERED** that the following cut-offs and deadlines will govern in this case:

| Event | Proposed Cut-off Or Deadline |
|---|---|
| **Joint Filing Of Stipulated Protective Order** | June 10, 2022 |
| **Fact Discovery Cut-Off** | November 18, 2022 |
| **Initial Expert Disclosures** | December 2, 2022 |
| **Rebuttal Expert Disclosures** | 30 days from initial expert disclosures |
| **Initial Expert Reports** | December 9, 2022 |
| **Rebuttal Expert Reports** | 30 days from initial expert reports |
| **Expert Discovery Cut-Off** | February 24, 2023 |
| **Dispositive Motion Cut-Off** | March 31, 2023 |
| **[Proposed] Date Of Final Pre-Trial Conference** | August 22, 2023 |

Dated: _____, 2022

_____
Honorable Fernando M. Olguin
United States District Court Judge