# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN,<br><br>        Plaintiff,<br><br>        v.<br><br>NIRVANA L.L.C., et al.,<br><br>        Defendants. | Case No. CV 21-6836 FMO (AGRx)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 2nd day of September, 2022.

/s/<br>
Fernando M. Olguin<br>
United States District Judge