# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CENTRAL CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:21-cv-06836-FMO-AGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/24/2021

Date of judgment or order you are appealing: 09/02/2022

Docket entry number of judgment or order you are appealing: 55

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Spencer Elden

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:      State:      Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**           **Date**

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Spencer Elden

Name(s) of counsel (if any):
James R. Marsh, Esq., Robert Y. Lewis, Esq., Margaret E. Mabie, Esq.

Address: 31 Hudson Yards, 11th Floor, NY, NY 10001
Telephone number(s): 315-296-9046
Email(s): Jamesmarsh@marsh.law; Robertlewis@marsh.law; MargaretMabie@m

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Nirvana, LLC; Universal Music Group, Inc.; UMG Recordings, Inc.; The David Geffen Company; David Geffen Records; MCA Records;

Name(s) of counsel (if any):
Bert H. Deixler, Esq.; Nary Kim, Esq.

Address: 1011 Santa Moniva Blvd, Suite 1725
Telephone number(s): 310-556-2700
Email(s): bdeixler@kbkfirm.com; nkim@kbkfirm.com;

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                1                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Kirk Weddle; Courtney Love; Krist Novoselic; David Grohl

Name(s) of counsel (if any):
Joshua A. Romero, Esq.; Emilio B. Nicolas, Esq.

Address: 100 Congress Ave, Suite 1100, Austin, Texas, 78701

Telephone number(s): 512-236-2000

Email(s): jromero@jw.com; enicolas@jw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                               *New 12/01/2018*