| | |
|---|---|
| 1 | Robert Y. Lewis (CA Bar No. 153948) |
| 2 | MARSH LAW FIRM PLLC |
|   | 31 Hudson Yards, 11th Floor |
| 3 | New York, New York 10001 |
| 4 | Phone: 212–372–3030 |
|   | Fax: 833–210–3336 |
| 5 | Email: RobertLewis@marsh.law |
| 6 | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SPENCER ELDEN,

                    Plaintiff,

v.

NIRVANA, L.L.C.,
UNIVERSAL MUSIC GROUP, INC.,
UMG RECORDINGS, INC.,
THE DAVID GEFFEN COMPANY,
GEFFEN RECORDS,
MCA RECORDS,
KIRK WEDDLE,
COURTNEY LOVE, AS EXECUTOR OF
THE ESTATE OF KURT COBAIN,
KRIST NOVOSELIC,
DAVID GROHL,

                    Defendants.

Case No.: 2:21–cv–06836

STIPULATED REQUEST FOR CONTINUANCE TO COMPLETE MEDIATION

     Upon stipulation of the parties, we hereby respectfully request that the Court grant a brief continuance to complete the required court-ordered mediation.

     Pursuant to the court order filed on February 9, 2024 (ECF No. 64), the parties are required to complete a settlement conference no later than July 9, 2024.

STIPULATED REQUEST FOR CONTINUANCE TO COMPLETE MEDIATION – 1

The parties previously mediated this case on November 2, 2021 with the Honorable Suzanne Segal of Signature Resolutions. In compliance with the Court's February 9, 2024 order, the parties have scheduled another mediation with Judge Segal.

The parties have been working diligently since May 7, 2024, to find a mutually suitable date, including with Judge Segal. After a good deal of coordinating between the parties and Judge Segal, we could not secure a date available to all the parties and the mediator on or before July 9, 2024. The earliest date on which all the parties can mediate is July 26, 2024.

Accordingly, we respectfully request a brief continuance for the parties to conduct a mediation before the Honorable Suzanne Segal on Friday, July 26, 2024.

No prior continuances have been sought in this case.

Dated this 8th day of July, 2024

Respectfully submitted,

    /s/
Robert Y. Lewis