# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>PLAINTIFF(S)<br><br>v.<br><br>NIRVANA L.L.C. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−06836−FMO−AGR<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 7/23/2024 | / | 78−82 | / | Motion and Related Documents |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 7/23/2024 | / | 78−82 | / | Motion Related Documents |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Hearing information is missing, incorrect, or not timely.

Other:

Dated: July 29, 2024              By:  /s/ *Fernando M. Olguin*
                                          U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)            ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)