## United States District Court
## Central District Of California



Spencer Elden
Plaintiff

vs

Nirvana LLC, el al.
Defendants

No. 21-cv-06836

**Notice of Appeal**

vs

Timothy Fredrickson
Intervenor

To all parties, **TAKE NOTICE** that the intervenor applicant TIMOTHY FREDRICKSON hereby

**APPEALS** the district court's order **[#83]** pertaining to Docket Items **[78, 79, 80, 81, 82]**.

This appeal is taken to the Ninth Circuit Court of Appeals.

### Jurisdictional Statement

The District Court had original jurisdiction of the civil matter pursuant to  18 §2255

This Appeals Court has jurisdiction pursuant to   28  USC  §1291

The District Court's order appealed in this matter bears the date of 7/29/2024, and this notice is timely

filed 13 days later on 8/12/2024.

Helt v Sethi Petro, No. 20-40240 (CA5 Jan-13-2022) ("Because the complete denial of a
motion to intervene as of right is an immediately appealable final decision, we have
jurisdiction under 28 USC §1291. cite. Our review is de novo. cite"). See related
US v Fluitt, No. 22-30316 (CA5 Apr-24-2024) (finding "the non-party appellants have
standing" because "the non-parties have a personal stake in the outcome").

### Transcript Status

No transcript is necessary, or can exist because, there was no hearing for the appealed ruling.

/s/ _Tim Fin/_
8/12/2024

## Certificate of Service and Declaration of Inmate Filing

I, Tim Fredrickson, a non-attorney and inmate, state under penalty of perjury that I am an inmate confined at
_FCI Seagoville_ , and that on this _12 th_ day of
_August_ 202*4*, I served the foregoing _Notice of Appeal_

Upon:

[x] *District Clerk of Court   C.D. Cali*
*255 East Temple Street, Room 180*
*Los Angeles, CA 90012*

[ ]    Appellate Clerk of Court, Room 2722
219 South Dearborn Street
Chicago, IL. 60604

[ ]    District Clerk of Court, Northern District of Illinois
219 South Dearborn Street
Chicago, IL. 60604

[✓]    District Clerk of Court, Central District of Illinois
100 Northeast Monroe, Room 309        [ ] Peoria Division
Peoria, IL. 61602        [ ] In care of Rock Island Division

[ ]    Eighth Circuit Court of Appeals Clerk
111 South 10th Street Room 24.329
St. Louis, MO. 63102

[ ]    District Clerk of Court
131 East 4th Street        [ ] 8th Circuit, Iowa Davenport Division
Davenport, IA. 52801        [ ] In care of 7th Circuit, Rock Island Division

[ ]    District Clerk of Court, Southern District of Iowa
123 East Walnut Street
Des Moines, IA. 50309

[ ]    Clerk of Court
The Supreme Court of the United States
One First Street N.E.
Washington, D.C. 20543

[X]    All attorneys of record via the CM/ECF through the Clerk of Court, whereon it is scanned:

By depositing the same in the institution's internal mail system with first-class postage prepaid, after the hours
of 5:00 pm.

/s/ Tim Fredrickson
Executed on: 8/12/2024

Name Tim Fredrickson
Reg. No. 22005-026
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
14 AUG 2024 PM 6 L

Clerk of Court
255 East Temple St, Room 180
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 19 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



90012-333299