KENDALL BRILL & KELLY LLP
Bert H. Deixler (State Bar No. 70614)
  bdeixler@kbkfirm.com
Jeff M. Chemerinsky (State Bar No. 270756)
  jchemerinsky@kbkfirm.com
David T. Freenock (State Bar No. 332239)
  dfreenock@kbkfirm.com
Tiana S. Baheri (State Bar No. 330835)
  tbaheri@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants UMG Recordings, Inc., Nirvana, L.L.C., Courtney Love (as Executor of Estate of Kurt Cobain), Krist Novoselic, David Grohl, and Kirk Weddle

JACKSON WALKER L.L.P.
Joshua A. Romero (admitted *pro hac vice*)
  jromero@jw.com
Emilio B. Nicolas (admitted *pro hac vice*)
  enicolas@jw.com
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: 512.236.2000
Facsimile:  512.236.2002

Attorneys for Defendant Kirk Weddle

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPENCER ELDEN,<br><br>            Plaintiff,<br><br>     v.<br><br><br><br>NIRVANA, L.L.C., *et al*.,<br><br>            Defendants. | Case No. 2:21-cv-06836-FMO-AGR<br><br>**DECLARATION OF TIANA S. BAHERI IN SUPPORT OF MOTION FOR RULE 37 DISCOVERY SANCTIONS, IN THE FORM OF EXCLUSION OF IMPROPERLY NOTICED REBUTTAL EXPERT**<br><br>*[Filed Concurrently with Motion and [Proposed] Order]* |

604423816

DECLARATION OF TIANA S. BAHERI

I, Tiana S. Baheri, declare as follows:

1. I am an attorney at the law firm of Kendall Brill & Kelly LLP, counsel of record for Defendants UMG Recordings, Inc., Nirvana, L.L.C., Courtney Love (as Executor of Estate of Kurt Cobain), Krist Novoselic, David Grohl, and Kirk Weddle (collectively "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. This dispute concerns the cover of the album "Nevermind" by Nirvana, released in 1991. A true and correct copy of that album cover is attached hereto as Exhibit A.

3. On July 23, 2024, Defendants disclosed an art historian, Ms. Donna Stein, as an expert, and produced her expert report, a true and correct copy of which is attached hereto as Exhibit B. Ms. Stein's complete CV, which was produced to Plaintiff, also makes clear she has no medical expertise. A true and correct copy of that CV is attached hereto as Exhibit C.

4. On August 23, 2024, Plaintiff disclosed Dr. Sharon W. Cooper as an expert witness and produced her report, a true and correct copy of which is attached hereto as Exhibit D.

5. On August 26, 2024, my firm transmitted a meet and confer letter to Plaintiff's counsel demanding that Plaintiff withdraw his late-disclosed affirmative witness who was improperly submitted as a "rebuttal" witness. A true and correct copy of that letter is attached hereto as Exhibit E.

6. On August 29, 2024, Plaintiff's counsel responded stating that Plaintiff would not withdraw Dr. Cooper's report. A true and correct copy of that letter is attached hereto as Exhibit F. At this point, it was clear the parties had reached an impasse and Defendants prepared to file this motion.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604423816

1

DECLARATION OF TIANA S. BAHERI

7. On September 3, 2024, I participated in a follow-up conference with Plaintiff's counsel during which the parties primarily discussed an expedited briefing schedule for Defendants' motion. I also reiterated the points raised in Defendants' August 26 letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this September 6, 2024, at Los Angeles, California.

*/s/ Tiana Baheri*

Tiana S. Baheri

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604423816

2
DECLARATION OF TIANA S. BAHERI