# EXHIBIT B

KENDALL BRILL & KELLY LLP Bert H. Deixler
(State Bar No. 70614)
  *bdeixler@kbkfirm.com*
Jeff Chemerinsky (State Bar No. 270756)
  *jchemerinsky@kbkfirm.com*
David T. Freenock (State Bar No. 332239)
  *dfreenock@kbkfirm.com*
Tiana Baheri (State Bar No. 330835)
  *tbaheri@kbkfirm.com*
Los Angeles, California 90067 Telephone:
310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants UMG
Recordings, Inc., Nirvana, L.L.C.,
Courtney Love (as Executor of Estate of
Kurt Cobain), Krist Novoselic, David
Grohl, and Kirk Weddle

JACKSON WALKER L.L.P.
Joshua A. Romero (admitted *pro hac vice*)
  *jromero@jw.com*
Emilio B. Nicolas (admitted *pro hac vice*)
  *enicolas@jw.com*
100 Congress Avenue, Suite 1100 Austin, Texas 78701
Telephone: 512.236.2000
Facsimile:  512.236.2002

Attorneys for Defendant Kirk Weddle

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN, | Case No. 2:21-cv-06836-FMO-AGR |
|        Plaintiff, | **EXPERT REPORT OF DONNA STEIN** |
|   v. | |
| NIRVANA, L.L.C., *et al.*, | |
|        Defendants. | |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

Expert Report of Donna Stein

**NATURE OF INVOLVEMENT**

1.    I have been retained as an expert on behalf of Defendants UMG Recordings, Inc., Nirvana, L.L.C., Courtney Love (as Executor of Estate of Kurt Cobain), Krist Novoselic, David Grohl, and Kirk Weddle ("Defendants"). I have been asked to prepare this report and, if necessary, appear and testify at depositions and/or at the trial of this matter regarding (1) whether and to what extent depictions of naked children to convey non-pornographic messages is a long employed and well-recognized device in art history, and (2) whether, in light of art history, the cover art for Nirvana's 1991 album, *Nevermind* ("Album Cover") conveys a meaning or message that distinguishes it from pornography.

**CREDENTIALS AND COMPENSATION**

2.    I earned my Bachelor of Arts from UCLA in Art History and Elementary Education and my Master of Fine Arts at the Institute of Fine Arts, NYU.

3.    I have been an art historian for more than fifty years. I started my career in 1966 at the MoMA in New York as an Assistant Curator in the Department of Prints and Illustrated Books.

4.    From 1975 to 2003, I served as an art advisor and curator for the Iranian and French governments, an archivist for Universal Limited Art Editions in New York, an acquisitions advisor for the Center of Modern Art, Lisbon, an acquisitions advisor and curator of RCA Corporation in New York and Raleigh Enterprises in Los Angeles, curator of Guild Hall Museum in East Hampton, and a curator for private collections in Los Angeles and New York, including The Hillcrest Foundation.

5.    I served as a Senior Development Associate at the California Institute of the Arts, and Director of Development for USC's Roski School of Art and Design. More recently, I also served as Deputy Director of the Wende Museum,

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2
Expert Report of Donna Stein

spearheading the development of the entire museum.

6.     My CV is attached hereto as **Exhibit A.**

7.     I have contributed to more than forty volumes on art and over a hundred academic articles.  A selected list of the works I have authored is attached hereto as **Exhibit B**.  This experience has allowed me to obtain an in-depth expertise and knowledge of art history and the methodology for researching art and analyzing the meanings conveyed by art.

8.     I have not previously served as an expert in a dispute or litigation.

9.     I am compensated for my involvement in this matter at the rate of $200 per hour. My fee is not contingent on the outcome of this dispute.

**MATERIALS REVIEWED AND METHODOLOGY**

10.     In connection with the preparation of this Report, I have reviewed and considered the Album Cover, a rough transcript of the deposition of John Silva, the final deposition transcripts for Renata Elden and Rick Elden, and a declaration by Robert Fisher. I also spoke with John Silva, as a representative of Nirvana LLC, about the band's intent in creating the Album Art.  I also reviewed a number of books and academic articles on the history of genitalia in the history of art. A list of materials reviewed is attached hereto as **Exhibit C**.  Further, images I relied upon and cited below are attached separately as **Exhibit D**.

11.     I have also relied upon my education, training, extensive experience in art history.  As an art historian, I have extensively visited museum and private collections around the world and researched the meaning and context behind various themes and recurring motifs in the world of art, and this research experience has also informed my analysis here.

12.     To excavate and interpret the meaning of the Album Cover, and, in particular, what is being communicated by the naked baby on the cover, I studied the history of male genitalia as depicted in art.  I reviewed scholarship about

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
Expert Report of Donna Stein

numerous eras of history in books, journals, and online to understand how bodies were depicted in the art from those eras and what depictions of genitalia were understood to mean.  My practice, and the accepted methodology in the field of art history research, is to approach the sources without preconceived conclusions and to follow the sources where they may take you.  As explained below, using this method, I found that the image on the Album Cover is consistent with depictions of nude children as symbols of innocence and innocent beauty and is not child pornography.

13.    My analysis is ongoing, and I may find it necessary to update or revise my analysis, opinions and conclusions based on review of any additional information, such as documents produced by the parties, and testimony, whether through expert reports or depositions.

**SUMMARY OF OPINIONS**

14.    Depictions of the naked human body are as old as the history of art itself and date from the Paleolithic Era.  Nudes show individuals in their most pure and simple natural form, literally stripped of pretense.  Throughout history, nudity in art has been used to symbolize and convey various meanings, including the significance associated with mythology, religion, medicine, naturalistic beauty, friendships, and familial relationships.

15.    There is a long history in art showing male genitalia in children (and adults), beginning with the Paleolithic era (38,000-11,000 B.C.E.). The earliest depictions in cave paintings and rock carvings are concerned with circumcision and erection and do not appear to be and are not understood to be prurient. Mythic heroes, like Gods and warriors, were almost always represented nude in Greek art. During Greek and Roman times through the Renaissance period it was the custom to present males with small penises. Depictions of large genitalia were considered vulgar, outside the cultural norm, and pornographic—a category of imagery that was

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4

Expert Report of Donna Stein

also prevalent over the centuries. On the other hand, depictions of small or more natural sized penises were a fixture in Greek, Roman, and Renaissance art and freely exhibited in public spaces. In this sense, there was a distinction between pornographic depictions of male genitalia and innocent depictions that were meant for public display and understood to be art.

16. From the 14th through the 16th centuries, both north and south of the Alps, European artists produced hundreds of pious religious works in which the Christ Child was depicted nude. In these artistic works, the genitalia of the Christ Child is intended and understood to be an affirmation of the kinship with the human condition, not unlike the showing of the wounds. The nude figure of the Christ Child was, and is, freely shown in art museums, churches, and other public spaces. It is widely understood to convey religious symbolism and artistic meaning, not any sexual message. *See* Exhibit D at pp. 7-10, 13, 15-16 (collecting famous depictions of the nude Christ Child).

17. From the advent of photography (c1840) and more specifically since the early 20th-century, the artistic trend of nude depictions, including of children, has continued in this newer artistic medium. It is common for photographic works to contain innocent depictions of child nudity, including depictions of genitalia of male babies and young children. Photographs of children, clothed or not, are ubiquitous and are intended and understood to preserve the image of childhood as a moment of pristine innocence.

18. There are numerous examples of prominent photographers who took nude photographs of male babies and children as a means of capturing the realities of domestic life. Thomas Eakins (American, 1844-1916), for example—who is widely acknowledged to be one of the most important American realist painters, photographers, sculptors, and fine arts educators—frequently photographed nude children (usually family members) to document and depict the domesticity of 19th and early 20th century life. One example of Eakins's work is "Three Cowell Boys,"

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

5

Expert Report of Donna Stein

which depicts three young boys (Eakins's nephews) standing and seemingly collecting rocks in a shallow body of water.  All three boys are standing naturally without performing any suggestive pose for the camera; thus, the photograph captures an organic, innocent moment of connection between three brothers playing in nature.  The photograph now is in the collection of the MoMA in New York. Similarly, Imogen Cunningham (American, 1883-1976) frequently captured her twin boys frolicking in the nude.  Like Eakins's work, Cunningham's images capture domestic life and convey youth and innocence.

19.    Other artists, like Wynn Bullock (American, 1902-1975), used depictions of nude children to evoke the history of art.  Bullock, photographed his wife and infant son reclining together in the nude in a composition that is reminiscent of Renaissance images of the Madonna and Child.  *See* Exhibit D at p. 31.  Similarly, Edward Weston (American, 1886-1958) used his son as a model, and photographed his torso and genitalia in a manner that suggests classical sculptures.  *See* Exhibit D at p. 29.  In particular, the framing of the photo (featuring only the torso and genitalia) call to mind the headless and broken sculptures that have been discovered and excavated by archeologists over time.  Further, Weston posed his son and lit the scene in a manner that made the young boy's body look like a marble statue.  Weston's photo evokes the detached, cold beauty of a classical sculpture.

20.    Ellen Brooks (American, b. 1946) provides another example of a 20th century artist who photographed nude children to reference classical art.  In 1973, Brooks, then an artist/teacher at the San Francisco Art Institute, began work on a series of large-format full-figure nude photographs of adolescents. She posted an ad in a local newspaper offering to pay models, ages 10-15, male/female, $3.50/hour. More than 50 children, accompanied by their parents, responded and posed for her. All of the subjects posed naturally, unselfconsciously in front of a white terry-cloth backdrop draped impromptu, to mimic classical form. The figures were printed

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

6

Expert Report of Donna Stein

oversize, one-and-a-half times life size, on photosensitized linen. Seventeen subjects were first shown as a group in 1977 and subsequently in Chicago, Los Angeles, New York, etc. The artist explored the confrontational relationship between viewer and subject, public versus private, documenting the vulnerability of this "transitional period" in young peoples' lives.  The collection now resides at the Getty Museum in Los Angeles.

21.    Sally Mann (American, b. 1951), known for photographing her immediate surroundings—her children, husband, and rural landscapes—photographed her children in various states of undress from infancy to young adulthood. Like Imogen Cunningham, Mann is a curious mother photographing her children as they were growing up, exploring different subjects with them like imaginative play and childhood repose, often creating narratives from the children's perspectives.

22.    In addition, images of birth, which necessarily depict children naked, have been used in art to portray the cycle of life.  For example, Wayne Miller (American, 1918-2013), an assistant to photographer Edward Steichen, captured a newborn in the moments after birth—still attached to the umbilical cord—being held up by the leg by a physician.  Miller's photograph captures three generations of a family–the unseen photographer, the birth of his son, and his father, the obstetrician, at a joyous moment of celebration.  The photograph was featured in Steichen's influential exhibition and book entitled *The Family of Man*, which has been seen by millions of viewers around the world and has never gone out of print.

23.    The Album Cover must be understood within the artistic tradition described above.  The image depicts a very young baby who is unclothed and swimming (or floating) in the water with his hands outstretched towards a dollar bill dangling on a fishhook.  Nothing about the image suggests a sexual message. Rather, in the tradition of children being used as symbols of innocence in art, the baby is presented in the nude to convey that he is very young and innocent.  The

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

image of the baby floating in water seems to suggest that he is newborn, as children are frequently born into water during home births. The fact that the baby is nude also implies that he has not yet been clothed. The juxtaposition of the child's innocence with the dollar bill represents the corrupting effects of capitalism and shows that even the young and innocent pursue money. The cultural context of the Album Cover further reinforces the message: Nirvana is a "grunge" alternative band that had just been signed on to (and was about to release this album under) a major record label. Thus, the Album Cover can be understood as an ironic commentary on the band itself.

24.    The image depicted on the Album Cover does not convey any sexual coyness or intent to engage in sexual acts. Nor does the image convey an intent or design to elicit a sexual response from the viewer. When viewed in the context of the history of children's nudity in art, it is clear that the Album Cover is an innocent image and wholly distinguishable from pornography. *First*, the baby's genitalia has not been enhanced or emphasized in any way. As outlined above, since Greek and Roman times, pornographic depictions of male genitalia were distinguishable from innocent, artistic distinctions of male genitalia based on the size of the penis depicted. Large penises signified sexual imagery whereas small penises indicate innocence. Here, the baby's genitals do not appear enhanced or enlarged. Nor does the image seem manipulated in any way to draw attention to the penis.

25.    *Second*, the baby's pose is naturalistic and not manipulated to express a sexual message. The Album Cover can be understood in the context of the works of Eakins, Mann, and Cunningham—where children were captured nude in innocent naturalistic poses. The baby on the Album Cover is likewise depicted in an innocent moment, floating as any child would if dropped in water. By contrast, a pornographic image would likely have the child posing in an unnatural manner to suggest sexual activity.

26.    *Third*, the intent of the artists involved in the creation of the work

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

further confirms that there was no sexual meaning intended or implied by the Album Cover. In the field of art history, the artist's intent is just one factor considered in the study of meanings and themes conveyed by the Album Cover. Here, the artists' intent and conduct is in harmony with the clear non-sexual meaning of the final product.

26.1    When it comes to the photograph itself—based on my review of each of their respective depositions—the photographer, Kirk Weddle, and the child's parents (Renata Elden and Rick Elden) all confirmed that no one present during the photography session expressed any sexual intent. All three also testified that both parents consented to the photoshoot and were present with the photographer and baby in the pool, dropping the baby into the water for a few seconds so the photographer could snap photos and then pulling him out. The setting and intent of the photoshoot reinforces the fact that the resulting photograph was innocent and was not staged to satisfy any prurient interest.

26.2    As for the final design of the Album Cover, I spoke with a representative of Nirvana LLC (John Silva), who informed me that individuals involved in designing the Album Cover intended it as an allegory to Nirvana's own trajectory. Nirvana was a punk, alternative band that had been signed to a major label at the time they were creating this Album Cover. They intended the Album Cover to symbolize the irony that, even as an anti-establishment band made up of young people, they were now pursuing profit, which the title of the Album, *Nevermind*, references. This intended message is consistent with the one conveyed even without context.

27.    *Fourth*, a pool or body of water is not a sexual setting; rather, as used on the Album Cover, with a naked young baby, the body of water evokes a home birth and a setting that is pure and tranquil. Generally, water can be used in art to evoke turmoil on the one hand (if the depiction of water is dark and tumultuous) or cleansing, purity, and transparency (if the water is light and serene). Water is a

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

major constituent of all living matter, and, by itself, is not generally used to express eroticism.

28.    *Finally*, like the works discussed above, the Album Cover has recognized artistic value and significance.  It has been named one of the most iconic album covers of all time by multiple art and music outlets, including Rolling Stone, Billboard, and Linearity, to name just a few.  The Album Cover is part of MoMA's permanent collection—only works of utmost cultural artistic significance are chosen by MoMA and the Album Cover's inclusion is just one indication of its importance to American modern art.  Censorship of this image would tarnish its artistic meaning by suggesting there is something lewd about an innocent infant appearing unclothed. This is the opposite of what the Album Cover is intended to convey, which communicates the playful irony of an innocent infant boy swimming naked towards a moving object at such a young age.

DATED:  July 23 , 2024

By:  _Donna Stein_____

Donna Stein

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

10
Expert Report of Donna Stein

# EXHIBIT A

# Curriculum Vitae

**DONNA STEIN**                         **2175 Holliston Avenue, Altadena, CA 91001-3255**
donnasteinkorn@gmail.com; [www.donnasteiniran.com](http://www.donnasteiniran.com) Instagram @donnasteiniran

## EMPLOYMENT

| | |
|---|---|
| **The Wende Museum, Deputy Director**<br>Involved in all programs, projects and exhibitions; spearheaded<br>development for the Museum | 2010-2016 |
| **USC, Gayle Garner Roski School of Fine Arts, Director of Development** | 2006-2010 |
| **California Institute of the Arts, Senior Development Associate** | 2003-2006 |
| **The Hillcrest Foundation, Los Angeles, Curator**<br>Organized and traveled *Between Reality and Abstraction: California Art at the*<br>*End of the Century* to 10 museums in the U.S. | 1993-2003 |
| **Guild Hall Museum, East Hampton, New York, Curator**<br>Curated *The Puppet Show*, *Donald Sultan*, *Ilya Kabakov: The Reading Room*,<br>*Alice Aycock: Waltzing Matilda*, *Costantino Nivola*; Co-curated *Moran Family*<br>*Legacy* and *Childe Hassam: East Hampton Summers* | 1996-1997 |
| **Raleigh Enterprises, Los Angeles, Curator**<br>Responsible for acquisitions, care and management of corporate art collection;<br>curated 35 exhibitions on the theme of photographic vision; organized first<br>exhibition on the Berlin Wall in Los Angeles (1990) | 1988-1997 |
| **The Calouste Gulbenkian Foundation, Lisbon, Portugal**<br>**Acquisitions Advisor**<br>Selected and purchased contemporary American art for Center of Modern Art, Lisbon | 1982 |
| **French Government, Arles, France, Curator**<br>Organized and installed 11 contemporary photography exhibitions for the *Rencontres*<br>*Internationales de la Photographie*; catalogued photography collection, Museé Réattu | 1980 |
| **Universal Limited Art Editions, New York, Archivist**<br>Archivist and special assistant to founder Tatyana Grosman | 1978-1980 |
| **Iranian Government, Tehran, Iran**<br>**Curatorial Advisor on Modern Art and Museums**<br>Directed $25 Million acquisition program; purchased a historical collection in all media<br>beginning with Impressionism; curated *Creative Photography: An Historical Survey*<br>*and Graphic Art: The Movement Toward Modernism*, from collections for inauguration of<br>Tehran Museum of Contemporary Art; curated *Selected Graphics from the Private*<br>*Collection of Farah Pahlavi, Her Imperial Majesty, the Shahbanou of Iran* for the<br>Negarestan Museum of Eighteenth and Nineteenth Century Iranian Art, Tehran | 1975-1977 |
| **The Museum of Modern Art, New York**<br>**Assistant Curator, Department of Prints and Illustrated Books**<br>Directed and installed *Popular Mechanics in Print Making; Thomas Wilfred: Lumia;*<br>*and Symbolism, Synthetism, and the Fin-de-Siecle*, which traveled throughout the<br>United States, including the Baltimore Museum of Art; assisted with numerous MOMA<br>exhibitions including *Tamarind:Homage to Lithography, Technics and Creativity:*<br>*Gemini GEL;* and *Lucas Samaras:Book* | 1966-1972 |

## SELECTED EXHIBITIONS

*Archaeology of Metaphor: The Art of Gilah Yelin Hirsch*                    2022
Orange County Center for Contemporary Art, Santa Ana
Curated retrospective exhibition; Edited monograph for Skira Editore, Milan, 2022

*Rags to Riches: 25 Years of Papermaking Artistry from Dieu Donné Papermill,*    1999-2003
Dieu Donné Papermill, New York
Organized exhibition, which traveled to 6 museums in the United States and
celebrated the 25th anniversary of the studio in New York City; wrote catalogue

*Colonial East Hampton: 1640-1800*, Guild Hall Museum,                    1997-1998
East Hampton, New York
Organized exhibition commemorating the 350th anniversary of the founding of
East Hampton; the exhibition interpreted the cultural life of the region and
contextualized its political, economic and social history; wrote catalogue

*Susan Weil: Full Circle* Black Mountain College Museum                    1998
Asheville, North Carolina
Exhibit travelled to the North Dakota Museum of Art, Grand Forks; wrote
monographic essay for catalogue

*Made Around Words: The Editions of Vincent Fitz Gerald and Company,*        1993
Franklin Furnace Archive, New York
Organized exhibition; wrote book length essay and compiled catalogue raisonné
of first decade of publications

*Cycles: Judy Dater*, Toppan Printing Co., Ltd., Tokyo, Japan            1992-1995
Organized traveling retrospective exhibition for Tokyo, Japan; Arles, France, and
four museums in the United States; wrote book length essay

*Contemporary Illustrated Books: Word and Image, 1967-1988,*            1990
Independent Curators Inc., New York
Traveling exhibition including 50 artists from the U.S. and Europe; on view at 3
museums in the United States; Book-length catalogue essay

*Libri Cubisti,* Palazzo Communale, Sienna, Italy                    1988
First comprehensive exhibition of Cubism in Italy; wrote book

*Cubist Prints/Cubist Books*, Franklin Furnace Archive, New York        1983-1985
Exhibition traveled to 5 museums in the United States; wrote book

*The Cubist Print*, Art Museum, The University of California at Santa Barbara    1981
Co-curated exhibition with Burr Wallen; traveled to 3 museums in the U.S.;
first comprehensive view of Cubist printmaking in the U.S.; Book-length catalogue essays

## AWARDS

National Endowment for the Arts, Grant for Museum Professionals        1972-73
French Government Grant                                1980
National Endowment for the Arts, Design Arts                    1983
The Art Libraries Society of New York, Citation for "meticulous scholarship" for    1984
*Cubist Prints/Cubist Books*
Richard A. Florsheim Art Fund, Research on Helen Lundeberg            1990
Innovator Award, Art Table                            2016

## EDUCATION:

B.A. (cum laude), University of California at Los Angeles, 1963
M.A., Institute of Fine Arts, New York University, 1965

# EXHIBIT B

# DONNA STEIN
## SELECTED PUBLICATIONS

### CATALOGUES AND BOOKS

*Archaeology of Metaphor: The Art of Gilah Yelin Hirsch. Milan, Skira Editore, 2022*

*The Empress and I: How an Ancient Empire Collected, Rejected, and Rediscovered Modern Art*. Milan, Skira Editore, 2020.

"How a Former Museum of Modern Art Curator Assembled an International History of Photography Collection for Iran in the 1970s," in *The Indigenous Lens? Early Photography in the Near and Middle East*, Markus Ritter and Staci G. Scheiwiller eds, (Studies in Theory and History of Photography, Vol.8) Berlin, De Gruyter, 2018, 325-346.

*"*Looking Back: Judy Dater, The Last Fifty Years," *Only Human: Judy Dater 1964-2016.* Los Angeles, Marymount Institute Press & TSEHAI Publishers, and Loyola Marymount University, 2018.

*May Sun: In the Studio and Out in Public*, Santa Clarita: College of the Canyons Art Gallery, September 1-October 2, 2014.

"The Photographic Source for a Qajar Painting," and "For the Love of her People: An Interview with Farah Diba and the Pahlavi Programs for the Arts in Iran," in *Performing the Iranian State: Visual Culture and Representations of Iranian Identity*, Staci Gem Scheiwiller ed, London, Anthem Press, 2013, 23-32, 75-82, 227-230,232.

"A Reflection," in Hans Ulrich Obrist and Karen Marta ed., <u>*Monir Shahrudy Farmanfarmaian Cosmic Geometry*</u>, The Third Line, Damiani, 2011, 137.

"Memory and Transformation," *A Gathering of Sparks: Jewish Artists Initiative 2004-2011*, Jewish Artists Initiative of Southern California, 2011. 6-7.

*Advancing the Moment Recent Work by California Photographers*, Pasadena Museum of California Art, October 15, 2006 – January 7, 2007.

"Beyond Geometry 2004-2005," Sculptural Models: Hexagonal Variations and Minarets, 1976-2003," and "Minaret 2004-2005," in Rose Issa*, Mosaics of Mirrors: Monir Shahroudy Farmanfarmaian*. Tehran, Nazar Research and Cultural Institute, 2006, 43, 67, 78.

"California Gold," *California Gold*. Los Angeles, Tobey C. Moss Gallery, 2005.

"An Elusive Past Revealed in Our Time, *Enrico Donati: The Antimagnetic Series 1966-1973*.  Los Angeles, Galerie Yoram Gil, 2002.

"When a Book is More Than a Book," *Artists Books in the Modern Era, 1870-2000: The Reva and David Logan Collection of Illustrated Books*. San Francisco, Palace of the Legion of Honor, Fine Arts Museums, 2001, 17-45.

"Technics and Creativity in Contemporary Papermaking," and "Interview with Paul Wong by Donna Stein, December 6, 2000," *Rags to Riches: 25 Years of Paper Art from Dieu Donné Papermill*. New York, Dieu Donné Papermill, 2001.

"Alternatives to the Traditional Illustrated Book," *Themes et Variations: The Publications of Vincent Fitzgerald & Company 1980-2000*. New York, Columbia University, 2000, 63-71.

*Colonial East Hampton: 1640-1800*. East Hampton, The 350th Anniversary Celebration of the Town of East Hampton, Inc., 1998.

*Alice Aycock: Waltzing Matilda*. East Hampton, Guild Hall Museum, 1997.

*Ilya Kabakov: The Reading Room*.  East Hampton, Guild Hall Museum, 1997.

*Ralph Gibson: Pharoanic Light*. East Hampton, Guild Hall Museum, 1995.

*Between Reality and Abstraction: California Art at the End of the Century*. Los Angeles, The Hillcrest Foundation, 1995.

*Vincent FitzGerald & Company, 1981-1992*. New York, 1992.

*Cycles: Judy Dater*. Tokyo, Kodansha Ltd., 1992. (Japanese text; subsequently published in English)

*Helen Lundeberg, The Sunset Years: 1980-1990*. Los Angeles, The Tobey C. Moss Gallery, April 5-May 9, 1992.

*10 Sculptors of the New York School*. Los Angeles, Manny Silverman Gallery, 1991.

*Richard Tuttle/2 Books*. San Francisco, Hine Editions/Limestone Press, 1991.

*Contemporary Illustrated Books: Word and Image, 1967-1988*. New York, Independent Curators Inc., 1990.

*Recent Large Scale Metal Sculpture by Bret Price*. Santa Ana, Modern Museum of Art, April 1-August 1, 1989.

*Earthworks by Marco Grigorian*. New York, Gorky Gallery, 1989.

*Joan Mitchell, Spanning Thirty Years*. Los Angeles, Manny Silverman Gallery, 1988.

*Libri cubisti*. Florence, Italy, La Casa Usher, 1988. (With essays by Enrico Crispolti, Alain Jouffroy and Ralph Jentsch; Italian text)

*Sam Francis Works on Paper: 1953-1986*. Riverside, Brandstater Gallery, Loma Linda University, 1987.

*The Donald M. Kendall Sculpture Gardens at Pepsico*. Purchase, New York, 1986.

*Products and Promotion: Art, Advertising and the American Dream*. San Francisco, SF Camerawork, 1986. (Co-author with Lynn Zelevansky)

*Towards the "Restructuring of the Universe": One View of the 1920s*. New York, Rachel Adler Gallery, May 3-June 7, 1986.

*Ancient Currents: Gabi Klasmer, Jim Morphesis, Janet Stayton*, USC Fisher Gallery, September 2-October 18, 1986. (Essay on Janet Stayton).

*Horatio Ross Presentation Album: Justine H. Ross, 1987*. New York, Janet Lehr Inc. 1986.

*Illuminating Color: Four Approaches in Contemporary Painting and Photography*. Pratt Manhattan Center Gallery, September 9-October 5, 1985. (Co-author with Lynn Zelevansky).

*Jean Helion: Abstraction Into Figuration, 1934-1948*. New York, Rachel Adler Gallery, April 27-June 1, 1985.

*Sylvia Edwards: The Nucleus*. London, 1985.

*Janet Stayton Painting 1983-85*. Patricia Heesy Gallery, New York, 1985.

*Women Artists in the Avant Garde: 1910-1935*.  New York, Rachel Adler Gallery, November 10-January 15, 1984.

*Cubist Prints/Cubist Books*.  New York, Franklin Furnace Museum and Archive, October, 1983.

*The Cubist Print*. Santa Barbara, Art Museum of the University of California, October, 1981. (co-author with Burr Wallen)

*Nature 12 Americans*.  Tehran, Iran-America Society, May, 1978. (English/Farsi text)

*Graphic Art: The Movement Toward Modernism*, Tehran, Museum of Contemporary Art, October, 1977.  (English/Farsi text)

*Creative Photography: An Historical Survey*. Tehran, Museum of Contemporary Art, October, 1977. (English/Farsi text)

*Monir Farmanfarmaian*.  Paris, Galerie Denise Rene, March25-April 24, 1977. (French text)

*A United Statement of Texture: Mary De Bone and Anthony De Bone*. Tehran, Iran-America Society, January 5-26, 1977.

*Selected Graphics from the Private Collection of Farah Pahlavi, Her Imperial Majesty, the Shahbanou of Iran*. Tehran, Negarestan Museum of Eighteenth and Nineteenth Century Iranian Art, July, 1976. (English/Farsi text)

*Three for the Show: Favela, Rumpel, Wall*. Jacksonville, Florida, Jacksonville Art Museum, March 27-April 27, 1975.

*John E. Dowell, Jr. Recent Drawings and Prints*, Washington, D.C., Lunn Gallery, September, 1973.

*Marko Spalatin*, New York, Landry-Bonino Gallery, 1972.

*Thomas Wilfred: Lumia*.  Washington, D.C., The Corcoran Gallery of Art, 1971.

*L'Estampe originale, a Catalogue Raisonné*.  New York, The Museum of Graphic Art, 1970.

*Contemporary American Printmaking I*.  Bath, England, The John Judkyn Memorial, 1969.

**PERIODICALS**

"Monir Shahroudy Farmanfarmaian: In her Words (1985)," *Woman's Art Journal*, v, 44 No. 1 (Spring/Sumer 2023) 16-26; Plates 5-8.

"What if Not Exotic? Critical Perspectives in Contemporary Iranian Art, edited by Mahsa Farhadikia, *Woman's Art Journal*, v.41, No. 1 (Spring/Summer 2020), 64-65.

Mona Hatoum: Terra Infirma by Michelle White and Anna C. Chave, *Woman's Art Journal*, v.40, no. 1 (Spring/Summer 2019), 53-55.

"Liminalities of Gender and Sexuality in Nineteenth-Century Iranian Photography: Desirous Bodies By Staci Gem Scheiwiller," *Woman's Art Journal*, v.38 no. 2 (Fall/Winter 2017), 45-46.

May Sun: Site Metaphor and Excavated Histories," *Woman's Art Journal*, v.37, no. 2 (Fall/Winter 2016) 12-19, Color Plates 5-7.

"Art of Judy Dater and Her "The Photographic *Memoir*," *Woman's Art Journal*, v. 35, no. 1 (Spring/Summer 2014), 3-13. (Cover image)

"Aftermath of a Catastrophe: An Artist's Soulful Heart by Kumiko Shindo," *Woman's Art Journal*, v.35 No. 1 (Sprint/Summer 2013), 45-46

"Monir Shahroudy Farmanfarmaian, Empowered by American Art: An Artist's Journey," *Woman's Art Journal*, v.33, no. 1 (Fall/Winter 2012), 3-9. (Cover image)

"Abstract Impact," *Art and Antiques*, (May 2008), 78-87.

 "June Wayne, The Art of Everything: A Catalogue Raisonné," *Woman's Art Journal* (Spring/Summer 2008), 56-57, 71.

"The Art of Helen Lundeberg: Illuminating Portraits," *Woman's Art Journal,* (Spring/Summer 2006) 8-14. (Cover image)

"Carving Artist: Wharton Esherick Emerges from Obscurity," *Artnews* 98,9 (October 1999) 138, 140, 142.

"The Stone House on the Bluffs," *The East Hampton Star*, August 22, 1996.

"Boomerang House in Northwest," *The East Hampton Star*, June 27, 1996.

"Sag Harbor's Colonial Starters," *The East Hampton Star,* June 6, 1996.

"Art Moderne Brings Tropical Touch," *The East Hampton Star*, March 14, 1996.

"Goode/Lasley House: A.I.A. Residential Design Winner," *The East Hampton Star*, December 21, 1995.

"D'Amico House: Artist's Retreat on Lazy Point," *The East Hampton Star*, November 23, 1995.

"Location Hamptons," *The East Hampton Star*, October 19, 1995

"Neusy House: Where the Site Defines Form," *The East Hampton Star,* September 21, 1995.

"Ward Bennett's Walden Pond," The East Hampton Star, August 31. 1995.

"Museo Nivola Opens," *The East Hampton Star*, August 3, 1995.

"Post Modernist Restoration," *The East Hampton Star*, July 6, 1995, III-7.

"Willow Bend: Childe Hassam's Retreat," *The East Hampton Star*, May 25, 1995, III-14.

"Barn Again: House As Living Sculpture," *The East Hampton Star*, March 23, 1995, II-20.

"Le Corbusier: A Weekend in Springs," *The East Hampton Star*, February 9, 1995, II-7.

"Skyfields: East Meets West in Sagaponack," *The East Hampton Star*, December 15, 1994, II-7.

"Travertine House: An Architect's Weekend Home," *The East Hampton Star*, November 24, 1994, II-25

*Judy Dater: Cycles*. Tokyo, Pacific Press Service, 1992. (Theme texts in Japanese)

"A Graphic Journey," *Arthur Secunda, 1964-1992*, Bloomfield Hills, Michigan, Galerie Internationale, May-June, 1992, 1-4.

"Contemporary Illustrated Books: Word and Image, 1967-1988," *Horizons*, Kansas City, The Nelson-Atkins Museum of Art, April 6-June 3, 1990.

"John Frame: Fluent Icons," *Angeles* (February, 1990) 46-47/

"Three Photographic Traditions in Nineteenth-Century Iran," Muqarnas: an Annual on Islamic Art and Architecture VI, Leiden, The Netherlands, E.J. Brill, 1990, 112-130.

"Judy Dater," *ArtScene* 9, 4 (December, 1989) 27-29.

"Erika Rothenberg," *ArtScene* 8, 11 (July/August, 1989) 18-19.

Terence La Noue," *ArtScene* 8,9 (May, 1989) 20-21.

"Ana Mendieta," *ArtScene* 8, 7 (March, 1989) 20-21.

"Anselm Kiefer," *ArtScene* 7, 11 (July/August, 1988) 18-19.

"Seductive Myths: Andrew Wyeth's Helga Pictures," *Artweek* XIX, 23 (June 11, 1988) 1.

"Collecting with an Anti-Art-Historical Bias," *Selected Works from the Frederick R. Weisman Art Foundation,* Los Angeles, 1988.

"Horatio Ross Presentation Album," *History of Photography* XI, 4 (October-December, 1987) 307-319.

"Gemini G.E.L.: The Printmaking Vanguard," *Artweek* XVIII, 44 (December 26, 1987), 1.

"Jasper Johns:A Graphics Retrospective," *Artweek* XVIII, 38 (November 14, 1987) 1.

"Gibson, Dunn & Crutcher, Los Angeles: California Landscapes," *Art & Auction* X, 3 (October, 1987) 174.

"Avant-Garde in the Eighties," *Artweek* XVIII, 22 (June 6, 1987), 1.

"LAICA Virgin," *Art & Auction* IX, 7 (February, 1987) 20-21.

"Lannan Relocates," *Art & Auction* IX, 7 (February, 1987) 22,24,26.

"What Do the Fish Think?" *Art & Auction* IX, 4 (November, 1986) 36,40.

"Instamart: L.A. Jiffy-art mart (Modern Video Communications)", *Art & Auction* IX, 3 (October, 1986) 18, 20-21.

"Esprit de Corps," *Art & Auction* IX, 3 (October, 1986), 136-137.

"Severin Montres," *Art & Auction* IX, 3 (October, 1986), 137-138.

"PepsiCo on a Pedestal," *Pan Am Clipper* 16, 4 (April, 1986) 35-40.

"The Red Grooms Retrospective," *Artweek* VII, 15 (April 19, 1986) 1.

"Jacques Harvey: Forger to the Stars," *Art & Auction* VIII, 9 (March, 1986) 16, 20.

"American Museum in Britain: Americans Abroad," *Art & Auction* VIII, 9 (March, 1986) 28-30.

"Gordon Matta-Clark in Retrospective," *Artweek* VII, 7 (February 22, 1986) 1.

"Christmas in Tinseltown," *Art & Auction* VIII, 8 (February, 1986) 23, 26.

"Recent Research on the History of Photography in Iran," *History of Photography* X,1 (January-March, 1986) 82.

"A Dealers' Round Table, June 17, 1985," *American's at Work: Realism Between the World Wars*. Houston, Texas, Transco Energy Company, October 10-November 22, 1985, 32-37; Reprinted as "Work and Play: American Realist Art Between the Wars," <u>Art & Auction</u> VIII, 6 (December, 1985) 68-73.

"Los Angeles Antiques Show," <u>Art & Auction</u> VIII, 5 (November, 1985) 94, 96.

"Kaufman and Broad, Inc: the Broad View," *Art & Auction* VIII, 4 (October, 1985) 178-183. (Co-author with Stuart Greenspan).

"Her Art Belongs to Daddy," *Art & Auction* VII, 11 (June, 1985) 26, 28.

"Atomic Allee Willis at Home," *Art & Auction* VII, 5 (December,1984) 82-85.

"Corporations and the Arts in America Today," *Art & Auction* VII, 3 (October, 1984) 117-155.  (Guest editor for special section of magazine).

"Interview with Donald Kendall, Pepsico, Inc.," *Art & Auction* VII, 3 (October, 1984) 131-134.

"Is there Life After California Photography?," *Art & Auction* VII, 1 (July-August, 1984) 49-51. Reprinted in <u>Center Quarterly</u> VI, 3 (Spring, 1985) 10-11.

"The Rediscovery of Lajos Kassak," *Art News*, LXXXIII,6 (Summer, 1984) 56-61.

"Michelle Stuart's Magical Mystery Garden (Portland Center for the Visual Arts project, Rowena Dell, Oregon)," *Re.Dact* I, An Anthology of Art Criticism, New York, 1984, 173-179.

"Motor City's Big Wheels," *Art & Auction*, VI, 9 (April, 1984) 48-49.

"Cubism in Prints," *Print Review* 18, (March, 1984) 37-53.

"Early Photography in Iran," *History of Photography* VII, 4 (October-December, 1983), 257-291; Reprinted in Farsi by the Abadan Photographic Society, 1991.

"Interview with Yozo Hamaguchi," *Print Review* 17 (August, 1983), 5-8.

"Rare Cubist Prints," *Il Conoscitore di Stampe* no. 60 (May, 1983), 2-15. (English/Italian text)

"Photography in Printmaking," *Print Review* 16 (February, 1983), 4-20.

"The Photography Collector's Almanac (Three Expert Opinions; The Market Picture of the Picture Market; Kertesz:At the Front)," *Art and Collectors* 15 (January, 1982), 22-33. (Japanese text)

"New York: Art by the Mile," *Art and Collectors* 14 (October, 1981), 45-52. (Japanese text)

"New York Art Market Now," *Art and Collectors* 13 (June, 1981) 31-40.  (Japanese text)

"Daumier: Photography and the Demand for Contemporaneity," *Print Review* 11 (June, 1980), 96-107.

"The New Terence LaNoue," *Arts*, 54, 8 (April, 1980), 190-192.

"New Graphic Editions," *Print Review* 10 (October, 1979), 13-20.

"Paris Review: Lucio Pozzi at Yvon Lambert and L'Espace 13," *Art in America*, 67, 5 (September, 1979), 141-42.

"Interview with Valter Rossi, Director, 2RC Editrici, Rome", *Print Review* 2 (1973), 109-111.

"Musicianly painting: John Dowell", *Art News* (November, 1973), 64.

"Prints Italian Style," *The Print Collector's Newsletter* IV, 4 (September-October, 1973), 79-81.

"Symbolism, Synthetism, and the Fin-de-siecle," *Arts*, 37, 1 (1972), 55.

"Popular Mechanics in Print Making," *Artist's Proof*, XI (Fall, 1971), 68-70.

"Selected Bibliography of Books and Catalogues on Prints and Print Techniques," *Artist's Proof* IX (Fall, 1969), 103-105.

"Thomas Wilfred," *Electric Art*. Los Angeles, The University of California at Los Angeles Art Galleries, 1969.

"Thomas Wilfred, 1889-1968," *Member's Newsletter*, New York, The Museum of Modern Art, (November-December, 1968).

"Vermeer's A Lady at the Virginals and a Gentleman Listening," *Music Educators Journal*, LIII, 7 (March, 1967), 26-27.

"Sargent's Rehearsal of the Pasdeloup Orchestra at the Cirque d'hiver," *Music Educators Journal*, LIII, 3 (November, 1966), 29-30.

"Turner's Music Party at Petworth," *Music Educators Journal*, LIII, 2 (October, 1966), 30-31.

# EXHIBIT C

## Material Relied Upon

**BOOKS**

Brooks, Ellen and Mary Statzer, *The Photographic Object*. University of California Press, 1970.

Corrin, Lisa Graziose et al. *Olympic Sculpture Park*. Seattle Art Museum, 2007.

Dater, Judy. *Imogen Cunningham: A Portrait*. Boston, New York Graphic Society, 1979.

Davis, Clare. *Louise Bourgeois: Paintings*. Metropolitan Museum of Art, NY, and New Orleans Museum of Art, 2022.

Demaegd, Frank. *Marlene Dumas: 25 Years of Collaboration.* London, Hannibal, König Books, 2020.

*Eakins and the Photograph: Works by Thomas Eakins and his Circle in the Collection of the Pennsylviania Academy of the Fine Arts*, Washington, Smithsonian Institution Press, 19994.

Gustafson, Anne. *Women and the Archetype of the Phallus: Engagement with the Sculpture of Louis Bourgeois*. ProQuest Dissertations Publishing, 2011.

Mimi Gardener Gates and Renee Devine et al. *Seattle's Olympic Sculpture Park: A Place for Art, Environment, and an Open Mind*, Seattle Art Museum, 2021.

Hendricks, Gordon. *The Photographs of Thomas Eakins*. New York, Grossman Publishers, 1972.

Hughes, Robert. *Lucien Freud Paintings*. New York, Thames and Hudson, 1989.

Molesworth, Helen. *Alice Neel: Freedom*. New York, David Zwirner Gallery, 2019.

Steinberg, Leo. *The Sexuality of Christ in Renaissance Art in Modern Oblivion*, University of Chicago, 1983.

*Imogen Cunningham*. TF Editores, (Fundaçion Mapfre, Madrid and Kulturhuset, Stockholm) 2013.

Vettese, Angela, *Marlene Dumas*, Firenze, Giunti, 2022.

## PERIODICALS

"Nude Youngsters Opened Their Legs for Ellen Brooks," *Comments*, October 4, 2013.

"Ellen Brooks Vintage Photographs from the '70s," *Roth Archive*, January 12-February 18, 2006

"Just People: Marlene Dumas at the New Museum," *Art on Paper*, March-April 2002.

Burmann, "The Thread of the Story: Two South African Women Artists Talk about Their Work," *Research in African Literature*, Winter, 2000.
"Girl Reading a Letter at an Open Window," (Johannes Vermeer) Wikipedia.

Taylor Dafoe, "Experts Uncovered a Long-Lost Cupid Pianting Underneath One of Vermeer's Greatest Works," Artnet, August 24, 20021.

"Lucien Freud, a Genius Trapped in his Biography," *CE Noticias Financieras*, December 19, 2022.

Paula Span, "The Children's Portraits Innocence of Pornography," *The Washington Post*, May 2, 1990

"Robert Mapplethorpe's Children's Portraits," *Daddytypes.com*, December 13, 2006.

"The Controversial Act of Taking Pictures of Children, *LACMA: UN FRAMED*, October 11, 2012.

Abigail Foerstner, "The Family of Mann: Sally Mann Talks About her Controversial Photographs of Children," *Chicago Tribune*, /September 19, 1993.

"The Maternal Eye of Sally Mann: Two decades after her photographs of her children created a furor, she reveals the curious logic of her art," *The Atlantic Monthly*, July 1, 2015.

Ara Osterwell, "Staged Mothers," *Artforum*, Summer 2021.

Julia Halperin, "A Sculpture of the Laocoön Group Was Vandalized at San Francisco's Legion of Honor, Leaving Two of its Figures Headless," *Artnet*, December 6, 2021.

Sarah Bond, Medieval Censorship, Nudity and The Revealing History of the Fig Leaf," *Forbes,* October 27, 2017.

Elena Samuelson, "What About the Male Nude?"

"Laid bare: a History of the Nude in Photography—in pictures, " *The Guardian*, June 26, 2014.

Javier C. Angulo and Marcos Garcia-Diez, "Male Genital Representation in Paleolithic Art: Erection and Circumcision Before History," Journal of Urology, January 10, 2009.

"Why Are so Many Greek Statues Naked?" Getty Blog, February 11, 2021.

Alexxa Gotthardt, "Why Ancient Greek Sculptures Have Small Penises," *Artsy,* January 21, 2018.

Carmen Bambach, "Anatomy in the Renaissance," *Heilbrunn Timeline of Art History*, October 2002.

Wilhelm von Gloeden: A Pioneer of Nude Male Photography," *5Election.com*, June 23, 2014.

"Spencer Tunick to Undress Thousands in Mexico City," *Banderas News*, 2021.

Sarah Rose Sharp, "1,700-Year-Old Penis Graffiti Found at Ancient roman Site," *Hyperallergic.com*, June 9, 2022.

Sarah Rose Sharp, "Unusually Large Roman-Era Stone Phallus Impresses Archaeologists, *Hyperallergic.com*, September 4, 2022.

**Litigation Materials**

Declaration of Robert Fisher, dated 12/21/202

Deposition Transcript of Renata Elden

Deposition Transcript of Richard Elden

Deposition Transcript of John Silva

**Misc.**

Rolling Stone, https://www.rollingstone.com/music/music-lists/best-album-covers-1235035232/

Billboard, https://www.billboard.com/photos/best-album-covers-of-all-time-6715351/88-12-hole-live-through-this-1994-album-art-billboard-1240/

Linearity, https://www.linearity.io/blog/best-album-covers/

# EXHIBIT D

**REPRESENTATIONS OF MALE GENITALIA IN THE HISTORY OF ART**
**Donna Stein**

**PALAEOLITHIC LEGACY**



One of a few human representations in the Lascaux caves in the Dordogne region of southwestern France, estimated to be 20,000 years old. The mysterious bird-man with an erect penis was found in the Chavet Cave and called The Sorcerer.



Ute Indian Petroglyph, 1650-1850 B.C., Carved into the rock, Arches National Park, Utah.

Petroglyphs are powerful cultural symbols that reflect the complex societies and religions of the Indigenous Nations.

Representations of Male Genitalia in the History of Art

**GREEK AND ROMAN PERIOD**



Kouros (Votive Statuette) of a Male Youth, 550-530 B.C., Bronze, 7 3/16 x 2 ⅛ inches, The J. Paul Getty Museum, Los Angeles.

Representations of Male Genitalia in the History of Art



Laocoon and his Sons, also called the Laocoon Group, from the Hellenistic Period (323 BCE-31 CE), Marble, Vatican Museum, Rome.

This is one of the most famous ancient sculptures from the Hellenistic Period ever since it was excavated in Rome in 1506 and immediately placed on display in the Vatican. The story of Laocoon is well-known in Greek mythology, retold by numerous Greek and Roman poets. According to the Roman writer Pliny the Elder (23-79 CE), the marble is a copy of a bronze sculpture depicting the Trojan priest and his two sons Antiphas and Thybraeus, who were attacked by giant serpents sent by the gods, because Laocoon had warned the Trojans against accepting the wooden horse left by the Greeks.

Representations of Male Genitalia in the History of Art



Boy with Goose, c3 BCE, Marble, .84 meter high. Paris, Louvre Museum.

Sculptures featuring children, animals and playful subject matter were popular in Hellenistic times. Several similar sculptures have been found in Rome, suggesting a famous prototype.

Representations of Male Genitalia in the History of Art



Recently discovered and excavated, this wall painting of Apollo and Cassandra is in a large, refined banquet hall of a palace in Pompeii, a Roman city in Compania,14 miles south of Naples, Italy. The fresco had been covered with meters of ash and pumice after the eruption of Mt. Vesuvius on August 24, 79 C.E.

Here, Apollo, the Greek God of music, was trying to seduce Cassandra, the priestess gifted with the power of foresight. In the shimmering light, the brightly painted figures would have come to life against the backdrop of the black walls and white mosaic floor.

Representations of Male Genitalia in the History of Art

**RENAISSANCE ART**



Mino da Fiesole (Italian, c 1429-1484)
Madonna and Child, c. 1465-70, Marble, 94.6 x 58.4 cm, New York, Metropolitan Museum of Art, H.O. Havemeyer Collection.

Representations of Male Genitalia in the History of Art



Marco Zoppo (Italian, 1433-1498)
Madonna and Child with a Lily, c. 1470, 40.8 x 29.9 cm, Washington, D.C., National Gallery of Art, Samuel H. Kress Collection.

Representations of Male Genitalia in the History of Art



Hans Memling (Flemish c1430-1494)
Madonna and Child, c. 1485, 44.5 x 32 cm, Museu Nacional de Arte Antigua, Lisbon.

Representations of Male Genitalia in the History of Art



Leonardo Da Vinci (Italian, 1452-1519)
The Virgin of the Rocks, sometimes known as The Madonna of the Rocks, c 1483-86.  Oil on wood, transferred to canvas in 1806, 199 x 122 cm. Louvre, Paris.

The artist's first painting completed in Milan. Leonardo chose to represent holiness through exquisite beauty instead of the usual symbolic halos.

Representations of Male Genitalia in the History of Art



Leonardo da Vinci (Italian, 1452-1519)
Study of a child, c. 1508, Milan, Italy. Red chalk on paper drawing, Uffizi Gallery, Florence.

Representations of Male Genitalia in the History of Art



Albrecht Durer (German, 1471-1528)
Three Putti with Trumpets, c. 1500, Engraving, The Metropolitan Museum of Art, New York

Representations of Male Genitalia in the History of Art



Pietro Perugino (Italian, 1446-1523)
Madonna and Child, c. 1500, 70x 51 cm, Washington, D.C., National Gallery of Art, Samuel H. Kress Collection.

Representations of Male Genitalia in the History of Art



Michelangelo Buonarroti (Italian, 1475-1574)
David, 1501-04, Marble, 410 cm. Galleria dell'Accademia, Florence.

The most famous sculpture in Florence and perhaps in the world. The massive sculpture is 17 feet tall and weighs more than 12,000 pounds, and was sculpted from a single block of white marble.

Representations of Male Genitalia in the History of Art



Hans Holbein the Elder (German, 1460-1524)
Madonna and Child with Pomegranate, c. 1510-12, 42.2 x 27 cm,  Vienna, Kunsthistoriches Museum.

Representations of Male Genitalia in the History of Art



Hans Baldung Grien (German, 1484/85-1545)
The Virgin and Child with Eight Angels in a Landscape, 1511, Woodcut, 14 15/16 x 10 3/16 inches, New York, Metropolitan Museum of Art.

Representations of Male Genitalia in the History of Art



Lucas Cranach the Elder (German, 1472-1553)
Venus and Cupid, 1531, Oil on canvas, 176 x 80 cm, Musee Royale des Beaux-Arts, Brussels.

There are some 20 variants on this theme by the artist and his workshop, which tells the fable by Theocrites, the 3rd century B.C. Greek poet, that recounts how Cupid, having been stung by bees when stealing honey, complained to his mother Venus about the pain produced by such small animals. To which she replied that he too was small and that the wounds occasioned by his arrows were much more painful.

Representations of Male Genitalia in the History of Art



Jerome Duquesnoy the Elder (Flemish, 1570-1641)
Manneken Pis, 1618, Bronze, 24 inches, Brussels City Museum.

This landmark fountain sculpture depicting a naked little boy urinating in the fountain's basin, on view in the Maison du Roi, Grand Place, the main city square near Town Hall in Brussels, was reproduced in 1965, and moved inside because of its importance.

Representations of Male Genitalia in the History of Art



Nicolas Poussin (France, 1594-1665)
Massacre of the Innocents, 1628, Oil on canvas, Musee Conde, Chantilly, France.

The story of The Massacre of the Innocents, an episode found in Matthew's infancy narrative, has been a frequent subject for Christian preachers, poets, and artists around the late fourth century and into the modern era. Poussin's religious and mythological subjects are presented in a classical French Baroque style.

Representations of Male Genitalia in the History of Art



Guido Reni (Italian, 1575-1642)
Drinking Baccus, ca. 1623, oil on canvas, 28.3 x 22 inches, Gemäldegalerie Alte Meister, Dresden.

With antique and Roman art as his ideal, Guido Reni was known for his religious works and critically acclaimed mythological scenes. This painting depicts the Roman God of wine as a putto–a naked, chubby child, often depicted in fine art.

Representations of Male Genitalia in the History of Art



Johannes Vermeer (Dutch, 1632-1675)
Girl Reading a Letter at an Open Window, c. 1657-59; restored 2021,
Oil on canvas, 33 x 25.4 inches. Gemaldegalerie, Dresden

The restoration of this rare painting by Vermeer revealed "a painting within a painting" of Cupid on the wall, which resembles a painting from Vermeer's own art collection. The painting depicts a young blonde girl standing at an open window, in profile, reading a letter. Cupids or cherubs are not sexualized, but are symbols of romantic love or other types of love. They also represent the harnessing of "divine" power, the omnipresence of God. Scholars believe that the newly revealed picture is meant to indicate that the woman is reading a love letter.

Representations of Male Genitalia in the History of Art



Adolf Ulrik Wertmuller (Swedish, 1751-1811)
Danae Receiving Jupiter in a Shower of Gold, 1787, Oil on canvas, 150 x 190 cm,
Nationalmuseum, Stockholm.

Cosmopolitan Neoclassicism painter Wertmuller eventually became a US citizen in 1800, living
the remainder of his life in Delaware. Drawing on the plasticity, clear lines and a distinct color
palette, his historical paintings primarily depicted mythological subjects, often with a pronounced
erotic tone. During his first visit to the USA, he was also commissioned to paint President
George Washington.

Representations of Male Genitalia in the History of Art



Alexander Cabanel (French, 1823 - 1889)
Birth of Venus, 1875, Oil on canvas, 41 ¾ x 71 ⅞ inches. New York, Metropolitan Museum of Art.

The first version of Cabanel's Birth of Venus, 1863 in the Musee d'Orsay, Paris, was purchased by Napoleon III for his personal collection and allocated to the National Museums in 1879. Subsequent versions of this theme are at the Dahesh Museum of Art, New York and the Metropolitan Museum of Art.

Representations of Male Genitalia in the History of Art

**MODERN AND CONTEMPORARY IMAGERY**



Thomas Eakins (American, 1844-1916)
Three Cowell boys (Ben, Will and Artie) in Avondale, PA, c1885, Gelatin silver prints,
3 ¾ x 4 7/16 inches. New York, Metropolitan Museum of Art.

Eakins is widely acknowledged to be one of the most important American realist painters,
photographers, sculptors, and fine arts educators. After he purchased his first camera in 1880
he relied on photography as a visual reference for his paintings. His sister Frances lived near
Avondale, and the young boys are Eakins' nephews. There are several variations on this theme.

Representations of Male Genitalia in the History of Art



Thomas Eakins, Artie Crowell, c1883, Avondale , PA, Gelatin silver print, 2 ½ x 4 7/16 inches,

Collection of Gordon Hendricks (Biographer of the artist).
Eakins photographed the transparent domesticity of the 19th-century family.

Representations of Male Genitalia in the History of Art



Baron Wilhelm von Gloeden, (German, 1836-1951), Two boys in Taormina, Sicily c. 1900-1914. Gelatin silver print.

Representations of Male Genitalia in the History of Art



Imogen Cunningham (American, 1883-1976)
Twins and Mirror, 1923, Gelatin silver print.

Cunningham's family were repeatedly her models. Here are the twins, Rondal and Padraic, born on September 4, 1917. She frequently captured her boys frolicking in the nude.

Representations of Male Genitalia in the History of Art



Imogen Cunningham, The Twins, 1924, Gelatin silver print.

Representations of Male Genitalia in the History of Art



Edward Weston (American, 1886-1958)
Neil, 1925, Gelatin silver print, Tucson, Center for Creative Photograph.

Using his son Neil as a model, Weston evokes classical sculpture.

Representations of Male Genitalia in the History of Art



Walker Evans (American, 1903-1975)
Great Depression, Bud Fields and his family, Alabama, c1935-36. Gelatin silver print.

Representations of Male Genitalia in the History of Art



Wynn Bullock (American, 1902-1975)
Mother and Child, 1954. Gelatin silver print, 7.2 x 8.4 inches.

This family photo of Bullock's wife and son Stefan follow in the thematic tradition of Renaissance images, but provide a personal twist by showing the mother reclining and both figures nude.

Representations of Male Genitalia in the History of Art



Wayne Miller (American, 1918-2013)
Three Generations from Edward Steichen's The Family of Man exhibition, 1955. Gelatin silver print.

This photograph captures three generations of a family–the photographer [an assistant to Steichen], the birth of his son, and his father, the obstetrician, at a joyous moment of celebration. The Family of Man catalog has never gone out of print and has been seen by millions of viewers around the world.

Representations of Male Genitalia in the History of Art



Lucien Freud, (British, 1922-2011)
Boy on bed, 1943, Pen and ink on paper drawing, Bridgeman Art Library, New York, London, Paris, Berlin.

Freud, the grandson of Sigmund Freud and a pillar of British contemporary art, specialized in figurative art and was known as one of the foremost 20th-century English portraitists, because of his unflinching observations of anatomy and psychology, revealing enormous insights into humanity. He renewed portraiture by looking at the classics and raising new questions, painting non-normative bodies with anatomies outside the canon.

Representations of Male Genitalia in the History of Art



Ellen Brooks (American, b. 1946)
Keith, 1977, Gelatin silver print, 8 x 8 inches, Getty Museum.

In 1973, Brooks, then an artist/teacher at the San Francisco Art Institute, began work on
a series of large-format full-figure nude photographs of adolescents. She posted an ad
in a local newspaper offering to pay models, ages 10-15, male/female, $3.50/hour.
More than 50 children, accompanied by their parents, responded and posed for her,
Including Keith. All of the subjects posed naturally, unselfconsciously in front of a white
terry-cloth backdrop draped impromptu, to mimic classical form. The figures were printed
oversize, one-and-a-half times life size, on photosensitized linen. Seventeen subjects were first
shown as a group in 1977 and subsequently in Chicago, Los Angeles, New York, etc. The artist
explored the confrontational relationship between viewer and subject, public versus private,

Representations of Male Genitalia in the History of Art

documenting the vulnerability of this "transitional period" in young peoples' lives.



Alice Neel (American, 1900-1984)
Betty Homizky and Jevin, 1968, oil on canvas, 48 x 32 inches

American visual artist Alice Neel is known for her honest portraits depicting friends, family, lovers, poets, artists, and strangers, which have an expressionistic use of line and color, psychological acumen, and emotional intensity. Neel painted several pictures of Bette Homitzky in 1968. This painting is in the tradition of Renaissance images of the Madonna and Child.

Representations of Male Genitalia in the History of Art



Alice Neel (American, 1900-1984)
Andrew, 1978. Oil on canvas, 30 x 24 ¼ inches. Estate of the artist.

Andrew was Neel's grandson, the five-month-old child of her son Harley and his wife Ginny. Her nudes, in their mastery of form, color and implied social commentary, explore the body with frankness while celebrating the individuality of each of her subjects.

Representations of Male Genitalia in the History of Art



Yoshitomo Nara (Japan, b. 1959)
Study of a boy peeing, c1984-1997. Tempera, ink and pencil on paper drawing.

Nara's oeuvre reflects the artist's raw encounters with his inner self, including memories of childhood.

Representations of Male Genitalia in the History of Art



Sally Mann (American, b. 1951)
Popsicle Drips, 1985, Gelatin silver print, The Art Institute of Chicago.

Concerns about the unevenness of power that document interaction between artist and subject, arise even when the person behind the camera is the parent of the child in front of it, as in the case of Sally Mann. She photographed her children in various states of undress from infancy to young adulthood.

Representations of Male Genitalia in the History of Art



Sally Man (American, b. 1951), Emmett Asleep, 1985. Gelatin silver print, 19 ¼ x 23 ¾ inches.

Representations of Male Genitalia in the History of Art



Marlene Dumas (South African, born 1953)
The Start of it All/Other People's Babies, 1987, watercolor on paper, 11 15/16 x 9 ½ inches,
The Over Holland Collection.

Dumas confronts themes of politics, identity, love, and shame in her haunting oil and watercolor paintings. She's often inspired by her experiences growing up in apartheid-era South Africa. Her compositions are based on photographs of friends and family, mass-media imagery of current events and celebrities, and art historical references.

Representations of Male Genitalia in the History of Art



Marlene Dumas (South African, born 1953)
Baba Soldaat, 1990, watercolor on paper, 11 ⅖ x 8 3/10 inches

Nude bodies are a frequent motif. Her ghostly palette comprises mostly grays, browns, blues, and pinks and her style features blurred brushstrokes and thin washes of color. Water is an essential tool and theme.

Representations of Male Genitalia in the History of Art



Louise Bourgeois  (American, born France, 1911-2010)
Father and Son Fountain, 2004-2006, Stainless steel, aluminum, water and bronze bell
Seattle Art Museum, Gift of the Estate of Stu Smailes
Olympic Sculpture Park, Seattle

Bourgeois' Father and Son Fountain is a centerpiece of the Seattle Art Museum's Olympic Sculpture Park,  an exemplary civic project–an urban park open and free to all with a dynamic green space filled with great art. The innovative design turned a former industrial site on Elliott Bay into a remarkable place that not only celebrates the inseparable nature of art, urban infrastructure, and landscape, but also captures the majestic character of the Pacific Northwest.The park is a model of how public-private partnerships can create innovative civic spaces.

Representations of Male Genitalia in the History of Art



Louise Bourgeois, Two Figures/Study for Father and Son,z2005, Etching,
11 13/16 x 8 11/16 inches (plate); Issued in two editions: 17 in 2004 and 11 in 2005.
Also included in the illustrated book "Hang On." The Museum of Modern Art, New York

This composition was developed at the same time as the sculptural fountain "Father and Son," installed in Olympic Sculpture Park. The fountain has two parts, a father figure and a son figure. At varying times, the water rises in height to obscure one figure from the other. Related drawings and a model for the sculpture can be seen in other mediums.

Representations of Male Genitalia in the History of Art



Louise Bourgeois, Detail of Son.

Representations of Male Genitalia in the History of Art



Charles Ray, The New Beetle, 2006, Painted stainless steel, 21 x 341/2 x 28 ½ inches. The Dallas Museum of Art.

Ray's sculptures pose many trenchant questions, but answers none directly. He keeps the process of interpretation in constant motion. Lost in solitary play, a pale naked child sprawls on the floor with his new toy, a miniature, highly detailed VW Beetle. His absorption lures the viewer to enter the scene, get down on the floor to see what fascinates him.

Representations of Male Genitalia in the History of Art



Charles Ray (American, born 1953)
Boy with a Frog, 2009, Painted stainless steel, 247 x 91 x 96.5 cm, Pinault Collection, Paris

This provocative sculpture of a naked prepubescent child is from a series that is loosely patterned on Mark Twain's 1885 novel *Adventures of Huckleberry Finn*. Ray's work addresses in elliptical, often irreverent ways not only art history, popular culture, and mass media, but also identity, mortality, race and gender.

Representations of Male Genitalia in the History of Art



Spencer Tunick (American, b.1967)
18,000 People Pose for Spencer Tunick in Mexico, Setting a New Record, 2007, color photograph.

Tunick's unique practice centers around the nude, photographing naked people in complex performances around the world Bruges, Buenos Aires, Buffalo, London, Lyon, Melbourne, Montreal, San Sebastian, São Paulo, Caracas, Newcastle/Gateshead, Vienna, Dusseldorf and Santiago.

Representations of Male Genitalia in the History of Art

1

## <u>PROOF OF SERVICE</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

4

5

      On July 23, 2024, I served true copies of the following document(s) described as **EXPERT REPORT OF DONNA STEIN** on the interested parties in this action as follows:

6

7

8

**MARSH LAW FIRM**
James R. Marsh
  *jamesmarsh@marsh.law*
Robert Y. Lewis
  *robertlewis@marsh.law*
Margaret Mabie
  *margaretmabie@marsh.law*
31 Hudson Yards, 11th Floor
New York, NY  10001-2170
Telephone:  212.972.3030

9

10

11

12

**JACKSON WALKER L.L.P.**
Joshua A. Romero (admitted *Pro Hac Vice*)
  *jromero@jw.com*
Emilio B. Nicolas (admitted *Pro Hac Vice*)
  *enicolas@jw.com*
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone: 512.236.2000
Facsimile:  512.236.2002

13

Attorneys for Plaintiff Elden Spencer

Attorneys for Defendant Kirk Weddle

14

15

      **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent to each interested party at the email addresses listed above or on the attached service list.

16

17

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18

      Executed on July 23, 2024, at Los Angeles, California.

19

20

          /s/ Carla K. Rossi

21

          Carla K. Rossi

22

23

24

25

26

27

28

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604418066

PROOF OF SERVICE