# EXHIBIT C

**DONNA STEIN**
2175 Holliston Avenue
Altadena, California 91001-3255
626-396-9457
donnasteinkorn@gmail.com

**PROFESSIONAL HISTORY**

| | |
|---|---|
| **EMPLOYMENT** | |
| **The Wende Museum of the Cold War, Inc.** **Deputy Director** | 2010-2016 |

Involved in all programs, projects and exhibitions; spearheaded development for the museum

| | |
|---|---|
| **University of Southern California** **Gayle Garner Roski School of Fine Arts** **Director of Development** | 2006-2010 |
| **California Institute of the Arts** **Senior Development Associate** | 2003-2006 |
| **The Hillcrest Foundation, Los Angeles** **Curator** | 1993-2003 |

Between Reality and Abstraction: California Art at the End of the Century**:** Organized interpretive program, traveling exhibition and tour of Foundation Collection. Wrote catalogue. Exhibition traveled to 10 museums in the United States.

| | |
|---|---|
| **Guild Hall Museum, East Hampton, New York** **Curator** | 1996-1997 |

Directed museum program for the primary cultural center on the East End of Long Island; exhibitions curated included Donald Sultan, The Puppet Show, Ilya Kabakov: The Reading Room , Alice Aycock: Waltzing Matilda,  and Costantino Nivola; Co-curated Moran Family Legacy and Childe Hassam: East Hampton Summers

| | |
|---|---|
| **Raleigh Enterprises, Los Angeles** **Curator** | 1988-1997 |

Responsible for acquisitions, care and management of corporate art collections and programs; curated 35 exhibitions on the theme of photographic vision for gallery; participating artists included Jules Engel, Astrid Preston, Ellen Brooks, Patrick Nagatani and Andreé Tracy, Tom Jenkins, Barbara Kasten, Roger Herman, Erika Rothenberg, June Wayne, Toshio Shibata, Oskar Fischinger, Carlos Almaraz, Matthew Brown, Bobby Ross, Constance Mallinson, Larry Rivers, Masumi Hayashi, Peter Alexander, Susan Rankaitas, Maria Martinez-Canas and John Baldessari; in 1990, organized The Berlin Wall, a multi-media exhibition including monumental wall segments and photographs of graffiti by Leland Rice

STEIN-000465

| | |
|---|---|
| **The Calouste Gulbenkian Foundation, Lisbon, Portugal** <br> **Acquisitions Advisor** | 1982 |

Selected and purchased contemporary American art for the inauguration of The Gulbenkian Foundation's Center of Modern Art, Lisbon

| | |
|---|---|
| **French Government, Arles, France** <br> **Curator** | 1980 |

Organized and installed 11 contemporary photography exhibitions in the city of Arles for the **Rencontres Internationales de la Photographie;** catalogued photography collection of the **Museé Réattu, Arles**

| | |
|---|---|
| **Universal Limited Art Editions, New York** <br> **Archivist** | 1978-1980 |

| | |
|---|---|
| **Iranian Government, Tehran, Iran** <br> **Curatorial Advisor on Modern Art and Museums** | 1975-1977 |

Selected and directed more than twenty-five million dollar international acquisition program; purchased an historical collection in all media beginning with Impressionism for the collection of Tehran Museum of Contemporary Art; curated Creative Photography: an Historical Survey and Graphic Art: The Movement Toward Modernism, from collections for inauguration of Tehran Museum of Contemporary Art; curated Selected Graphics from the Private Collection of Farah Pahlavi, Her Imperial Majesty, the Shahbanou of Iran for the Negarestan Museum of Eighteenth and Nineteenth Century Iranian Art, Tehran

| | |
|---|---|
| **The Museum of Modern Art, New York** <br> **Assistant Curator, Department of Prints and Illustrated Books** | 1966-1972 |

Directed and installed Popular Mechanics in Print Making; Thomas Wilfred: Lumia; and Symbolism, Synthetism, and the Fin-de-Siecle, which traveled to other major museums throughout the United States, including the Baltimore Museum of Art; assisted with numerous MOMA exhibitions including Tamarind:Homage to Lithography, Technics and Creativity: Gemini GEL; and Lucas Samaras:Book

| | |
|---|---|
| **Pasadena Art Museum, Pasadena** <br> **Registrar and Curatorial Assistant** | 1964 |

## SELECTED EXHIBITIONS AS CURATOR

| | |
|---|---|
| **Jerusalem Print Workshop, Israel** <br> **Curator** | 2014 |

Layers of Identity
Juried print exhibition from the Los Angeles Print Society and the Jewish Artists Initiative which was first shown at the Arena Gallery, Santa Monica

| | |
|---|---|
| **Hebrew Union College** <br> **Curator** | 2010 |

STEIN-000466

Memory and Transformation
Organized exhibit including 33 artists from Jewish Artists Initiative; essay published in *A Gathering of Sparks: Jewish Artists Initiative 2004-2011*, Jewish Artists Initiative of Southern California, 2011.

**USC Roski School of Fine Arts**                                    2009
**Curator**

Additive: The Third Alumni Exhibition
Included works by Carole Caroompas, Jan Hadntmann, Stan Hunter, Tomo Isoyama, Mark Licari, John O'Brien, Laura Stickney and William Tunberg

**Pasadena Museum of California Art**                                2006
**Curator**

California Photography Now: The Collectible Moment 36 Years on
Organized exhibition of 11 photographers in coordination with the Norton Simon Museum's exhibition of their photography collection, *The Collectible Moment*

**Dieu Donné Papermill, New York**                                   1999-2003

Rags to Riches: 25 Years of Papermaking Artistry from Dieu Donné Papermill: Organized exhibition, which will travel to 6 museums in the United States, celebrating the 25th anniversary of the only hand-papermaking studio in New York City. Wrote catalogue.

**Long House Reserve, East Hampton, New York**                       1999

Wharton Esherick: The Craftsman as Hero: co-organized exhibition of handcrafted furniture and woodcuts with Jack Lenor Larsen; article published in *Art News*, v. 98 n. 9

**Guild Hall Museum, East Hampton, New York**                        1997-1998

Colonial East Hampton: 1640-1800: Organized exhibition commemorating the 350th anniversary of the founding of East Hampton; the exhibition interpreted the cultural life of the region within the context of its political, economic, and social history; wrote catalogue

**Black Mountain College Museum, Asheville, North Carolina**         1998

Susan Weil: Full Circle; Exhibit travelled to the North Dakota Museum of Art, Grand Forks, North Dakota; wrote monographic essay for catalogue

**Guild Hall Museum, East Hampton, New York**                        1995

Ralph Gibson Pharoanic Light: Organized exhibition of photographs of Egypt by well-known American photographer; wrote essay for catalogue.

**Franklin Furnace Archive, New York**                               1993

Made Around Words: The Editions of Vincent Fitz Gerald and Company: Organized

STEIN-000467

exhibition; wrote book length essay and compiled catalogue raisonné of first decade of publications

**Toppan Printing Co., Ltd., Tokyo, Japan**                                           1992-1995

Cycles: Judy Dater**:** Organized traveling retrospective exhibition for Tokyo, Japan, Arles, France, and four museums in the United States; wrote book length essay on this notable American photographer

**Manny Silverman Gallery, Los Angeles**                                              1991

10 Sculptors of the New York School: Exhibition of sculptures and drawings from the 1950's including Herbert Ferber, Raoul Hague, David Hare, Gabriel Kohn, Ibram Lassaw, Louise Nevelson, Isamu Noguchi, David Smith, Richard Stankiewicz, and Wilfred Zogbaum; wrote catalogue

**Independent Curators Inc., New York**                                               1990

Contemporary Illustrated Books: Word and Image, 1967-1988**:** Traveling exhibition of path breaking books including 50 artists from the United States and Europe; on view at 3 museums in the United States; book length catalogue essay

**Plaza Gallery, Security Pacific Bank, Los Angeles**                                 1989

The Private Work of Public Artists: Exhibition illustrating the difference between public and private art ideas; participating artists included Carlos Almaraz, Carl F.K. Cheng, Michael Davis, Michele Oka Doner, Elsa Flores, Mineko Grimmer, Richard Haas, Gwynn Murrell, and Jeff Weiss

**Palazzo Communale, Sienna, Italy**                                                  1988

Libri Cubisti**:** First comprehensive exhibition of Cubism in Italy; wrote book

**Brandstater Gallery, Loma Linda University, Riverside**                             1987

Sam Francis Works on Paper: 1953-1986: Organized exhibition and wrote catalogue

**SF Camerawork, San Francisco**                                                      1986

Products and Promotion: Art Advertising and the American Dream**:** Co-curated traveling exhibition with Lynn Zelevansky ; traveled to Ohio State University and Franklin Furnace, New York; featuring 15 artists including Dara Birnbaum, Terry Ellis, Jenny Holzer, Barbara Kruger, Richard Prince, Erika Rothenberg, Mitchell Syrop, and David Wojnarowicz

**Pratt Institute Art Galleries, New York**                                           1985

Illuminating Color: Four Approaches in Contemporary Painting and Photography**:** Co-curated exhibition with Lynn Zelevansky, including 24 artists from the 1980's who used color as surface, structure, light and symbol.

**Franklin Furnace Archive, New York**                                                1983-1985

Cubist Prints/Cubist Books: Exhibition traveled 5 museums in the United States;

4

wrote book

**Art Museum, The University of California at Santa Barbara** 1981

<u>The Cubist Print</u>: Co-curated exhibition with Burr Wallen; traveled to 3 museums in the United States; first comprehensive view of Cubist printmaking in the U.S.; book length catalogue essays

**The Corcoran Gallery of Art, Washington D.C.** 1971

<u>Thomas Wilfred: Lumia</u>: First retrospective exhibition of the father of light art in America; traveled to the Museum of Modern Art, New York; book length catalogue essay

**New York Cultural Center, New York** 1971

<u>L'Estampe originale</u>: First exhibition of complete portfolios; book length catalogue essay

## OTHER WRITING

*East Hampton Star*, **East Hampton, New York** 1994-1996
**Critic**

Wrote column on local architecture for weekly newspaper

*Art and Auction*, **New York** 1986-1989
**Contributing Editor**

Wrote numerous articles on corporate collecting, "The American Museum in Britain," "American Realism between the Wars," "California photography "

*The Village Voice*, **New York** 1973
**Critic**

Reviewed art exhibitions for the Center fold (Best Bets)

## SYMPOSIA

Guest speaker, Pomona College, Claremont symposium: <u>Beyond</u> 1993
<u>The Book: Contemporary Collaborations and the livre d'artiste</u>

Meyers Bloom Gallery, Los Angeles: Organized lecture series, 1991
<u>Critical Needs: The Territory of Art in the 90s;</u> participants included
Marcia Tucker, Dan Cameron, Dr. Emily Hicks and Catherine Lord

Guest speaker, Brooklyn Museum symposium on The Art and 1987
Culture of Qajar Iran: <u>Three Photographic Traditions in Nineteenth-Century Iran</u>

Guest speaker, Queens Museum symposium on 1939 Worlds Fair: 1980
<u>Progress and Projection: The History of Worlds Fairs in Relation to the</u>
<u>'World of tomorrow'</u>

Guest speaker, College Art Association, Washington D.C.: 1975
<u>Worlds Fairs as Miniature Test Cities</u>

5

STEIN-000469

**TEACHING EXPERIENCE**

| | |
|---|---|
| Public forums and lectures for museums, libraries, universities and throughout the United States, Europe and Asia | 1964 to present |
| The New School for Social Research, New York<br>    Courses in History of Prints, Modern and contemporary art and Connoisseurship | 1973-75,1980 |
| Pratt Institute, Valdottavo, Italy<br>    Course in History of Prints | 1975 |
| New York University, School of Continuing Education<br>    Courses in History of photography, Modern and Contemporary Art and Connoisseurship | 1974 |

**AWARDS**

**Innovator Award, Los Angeles Chapter, Art Table**  2016

**Richard A. Florsheim Art Fund**  1990
To research catalogue raisonné on the art of Helen Lundeberg

**The Art Libraries Society of New York**  1984
Citation for "meticulous scholarship" for essays in 1983 catalogue
<u>Cubist Prints/Cubist Books</u>

**National Endowment for the Arts, Design Arts**  1983
For <u>Cities in Celebration</u>, a study of urban art installations, performances and festivals

**National Endowment for the Arts, Fellowship for Museum Professionals**: For a study of <u>The Art and Architecture of World's Fairs and their Cultural Impact</u>  1972

**Tamarind Lithography Workshop**, Los Angeles  1968
To study print curating and lithography technique

**Smithsonian Institution, National Museum of American Art**  1966
Research Fellow in contemporary American art, specializing in James McNeill Whistler and Albert Pinkham Ryder

**EDUCATION**:

B.A. (cum laude), University of California at Los Angeles, 1963
M.A., Institute of Fine Arts, New York University, 1965
A.B.D., Completed all coursework for the Ph.D., Institute of Fine Arts, New York University, 1978-79

**MEMBER**:

STEIN-000470

Art Table, Southern California Chapter
International Council, American Museum in Britain
International Council, Franklin Furnace Archive
Former Trustee, Sam Francis Foundation, Secretary of the Board, 2004-14
Former Board Member, The Wende Museum of the Cold War, 2007-10

STEIN-000471