1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SPENCER ELDEN, | Case No. 2:21-cv-06836-FMO-AGR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RULE 37 DISCOVERY SANCTIONS, IN THE FORM OF EXCLUSION OF IMPROPERLY NOTICED REBUTTAL EXPERT, AND TO MODIFY SCHEDULING ORDER** |
| v. | |
| NIRVANA, L.L.C., *et al*., | |
| Defendants. | |

1
2   Having considered Defendants' Motion For Rule 37 Discovery Sanctions, in
3   the Form of Exclusion of Improperly Noticed Rebuttal Expert, the accompanying
4   papers, and counsel's arguments at the hearing, the Court hereby GRANTS
5   Defendant's Motion and ORDERS that the Expert Report of Dr. Sharon W. Cooper
6   is STRICKEN.  Plaintiff is not allowed to use that information or witness to supply
7   evidence on a motion, at a hearing, or at a trial.
8
9       IT IS SO ORDERED.
10
11  Dated: _____            _____
                                              Hon. Alicia G. Rosenberg
12                                            Magistrate Judge, United States
                                              District Court
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RULE 37 DISCOVERY SANCTIONS