UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6836 FMO (AGRx) | Date | September 21, 2024 |
|---|---|---|---|
| Title | Spencer Elden v. Nirvana L.L.C., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Re: Motion For Rule 37 Discovery Sanctions [88]

   Having reviewed and considered all the briefing filed with respect to the Motion for Rule 37 Discovery Sanctions (Dkt. 88, "Motion") filed by UMG Recordings, Inc., Universal Music Group, Inc., Nirvana, L.L.C., Courtney Love (as Executor of the Estate of Kurt Cobain), Krist Novoselic, David Grohl, and Kirk Weddle (collectively, "defendants"), the court finds that oral argument is not necessary to resolve the Motion.  See Fed. R. Civ. P. 78(b); Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001).  Accordingly, IT IS ORDERED THAT defendants' Motion **(Document No. 88)** is **granted**.  A separate order will issue at a later time.  The expert report prepared by Dr. Sharon W. Cooper is hereby stricken.  See Fed. R. Civ. P. 37(c)(1). Plaintiff shall not use any information prepared or developed by Dr. Cooper nor may Dr. Cooper provide any evidence on any motion, hearing, or trial in this case.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |