FILED

OCT 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SPENCER ELDEN,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>NIRVANA, LLC; et al.,<br><br>    Defendants - Appellees,<br><br> v.<br><br>TIMOTHY FREDRICKSON,<br><br>    Movant - Appellant. | No. 24-5241<br><br>D.C. No. 2:21-cv-06836-FMO-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and RAWLINSON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because appellant is not a party to the underlying district court action, and the district court has not entered an appealable order denying appellant leave to intervene. *See Hoover v. Switlik Parachute Co.*, 663 F.2d 964, 966 (9th Cir. 1981); *cf. United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 718-719 (9th Cir. 1994) (denial of motion to intervene is appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**