Name and address:

Elaine J. Goldenberg
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ELDEN | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:21-cv-06836-FMO |
| v. | |
| NIRVANA L.L.C., et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | *PRO HAC VICE* |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Goldenberg, Elaine I.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Munger, Tolles & Olson LLP
*Firm/Agency Name*

601 Massachusetts Ave. NW, Suite 500E          (202) 220-1114                    (202) 220-2300
                                               *Telephone Number*                *Fax Number*

*Street Address*

Washington, DC 20001                           elaine.goldenberg@mto.com
*City, State, Zip Code*                        *E-mail Address*

**I have been retained to represent the following parties:**

Recording Industry Association of America      ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☑ *Other:* Amicus Curiae

                                               ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia Bar | 9/13/2002 | Yes |
| Massachusetts Bar | 8/29/1998 | Yes |
| United States District Court, D.C. | 9/9/2019 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  10/29/2024

Elaine Goldenberg
*Applicant's Name (please type or print)*

*Elaine Goldenberg*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ehler, Rose L.
*Designee's Name (Last Name, First Name & Middle Initial)*

Munger, Tolles & Olson LLP
*Firm/Agency Name*

350 South Grand Ave., 50th Floor

*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

(213) 683-9100                    (213) 593-2892
*Telephone Number*                *Fax Number*

rose.ehler@mto.com
*Email Address*

296523
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated   Oct 29, 2024                          Rose Ehler

*Designee's Name (please type or print)*

*Rose Ehler*

Rose Ehler (Oct 29, 2024 14:07 PDT)

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Name of Court: United States Court of Appeals, District of Columbia Circuit
Date of Admission: 3/27/2002
Good Standing: Yes

Name of Court: United States Court of Appeals, Eighth Circuit
Date of Admission: 13/7/2018
Good Standing: Yes

Name of Court: United States Court of Appeals, Eleventh Circuit
Date of Admission: 3/30/2018
Good Standing: Yes

Name of Court: United States Court of Appeals, Federal Circuit
Date of Admission: 11/6/2018
Good Standing: Yes

Name of Court: United States Court of Appeals, Fifth Circuit
Date of Admission: 1/25/2018
Good Standing: Yes

Name of Court: United States Court of Appeals, First Circuit
Date of Admission: 3/20/2020
Good Standing: Yes

Name of Court: United States Court of Appeals, Ninth Circuit
Date of Admission: 4/23/2012
Good Standing: Yes

**ADDENDUM - SECTION IV - SUPPLEMENT ANSWERS HERE**

Name of Court: United States Court of Appeals, Second Circuit
Date of Admission: 2/9/2012
Good Standing: Yes

Name of Court: United States Court of Appeals, Seventh Circuit
Date of Admission: 12/30/2004
Good Standing: Yes

Name of Court: United States Court of Appeals, Sixth Circuit
Date of Admission: 8/23/2019
Good Standing: Yes

Name of Court: United States Court of Appeals, Tenth Circuit
Date of Admission: 1/26/2012
Good Standing: Yes

Name of Court: United States Court of Appeals, Third Circuit
Date of Admission: 6/4/2009
Good Standing: Yes

Name of Court: United States Supreme Court
Date of Admission: 12/16/2002
Good Standing: Yes



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Elaine Janet Goldenberg

was duly qualified and admitted on September 13, 2002 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on October 24, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.



# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

### FOR SUFFOLK COUNTY

### JOHN ADAMS COURTHOUSE

ONE PEMBERTON SQUARE, SUITE 1300

BOSTON, MASSACHUSETTS 02108-1707

WWW.SJCCOUNTYCLERK.COM

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

**MAURA S. DOYLE**

CLERK

October 25, 2024

Attorney Elaine Janet Goldenberg
Elaine Goldenberg
601 Massachusetts Ave. NW Suite 500E
Washington , DC  20001
elaine.goldenberg@mto.com

**IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Elaine Janet Goldenberg .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/  **jr**
Clearance:  10/25/2024 10.24.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston

within and for said County of Suffolk, on      **August 28, 1998**,

said Court being the highest Court of Record in said Commonwealth:

## Elaine Janet Goldenberg

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this   **twenty-fifth**   day of    **October**

in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.