# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN<br><br>Plaintiff(s),<br><br>v.<br><br>NIRVANA L.L.C., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−06836−FMO−AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __10/30/2024__

Document No.:  __106__

Title of Document:  __Motion__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7−1.1 no notice of interested parties.

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Applications/Ex Parte Applications/Motions/Petitions/Requests

Other:

Filer selected an incorrect event, therefore not properly setting the motion for hearing. Pleading lists a hearing date of December 5, 2024 at 10 am. .

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 31, 2024_       By: _/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov_
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS