| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 15 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SPENCER ELDEN,

       Plaintiff - Appellee,

 v.

NIRVANA, LLC; et al.,

       Defendants - Appellees,

 v.

TIMOTHY FREDRICKSON,

       Movant - Appellant.

No. 24-5241

D.C. No. 2:21-cv-06836-FMO-AGR

Central District of California, Los Angeles

MANDATE

    The judgment of this Court, entered October 24, 2024, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT