JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER ELDEN, | Case No. CV 21-6836 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NIRVANA, L.L.C., et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 30th day of September, 2025.

/s/
Fernando M. Olguin
United States District Judge