Name: James R. Marsh
Address: 31 Hudson Yards, 11th Floor
City, State, Zip: New York, NY 10001
Phone: 212-372-3030
Fax: 833-210-3336
E-Mail: jamesmarsh@marsh.law

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SPENCER ELDEN

PLAINTIFF(S),

v.

NIRVANA, L.L.C., et. al.

DEFENDANT(S).

CASE NUMBER: 21-cv-6836 FMO (AGRx)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **SPENCER ELDEN** (*Name of Appellant*) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Document 129

☒ Judgment (specify): Document 130

☒ Other (specify): Civil Minutes Document 126

Imposed or Filed on  September 30, 2025 . Entered on the docket in this action on September 30, 2025 .

A copy of said judgment or order is attached hereto.

October 2, 2025
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).