UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPENCER ELDEN, | No. 25-6984 |
| Plaintiff - Appellee, | D.C. No. 2:21-cv-06836-FMO-AGR Central District of California, Los Angeles |
| v. | |
| NIRVANA, LLC; et al., | ORDER |
| Defendants - Appellees, | |
| v. | |
| TIMOTHY FREDRICKSON, Proposed Intervenor-Defendant, | |
| Movant - Appellant. | |

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

After considering the response to the court's February 9, 2026 order and the opening brief, we deny the motion to proceed in forma pauperis (Docket Entry No. 7) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**