UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SPENCER ELDEN, <br><br>      Plaintiff - Appellee, <br><br>  v. <br><br> NIRVANA, LLC; et al., <br><br>      Defendants - Appellees, <br><br>  v. <br><br> TIMOTHY FREDRICKSON, Proposed Intervenor-Defendant, <br><br>      Movant - Appellant. | No. 25-6984 <br><br> D.C. No. 2:21-cv-06836-FMO-AGR <br><br> Central District of California, Los Angeles <br><br> MANDATE |

The judgment of this Court, entered April 24, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT